# EXHIBIT H

# Claim Chart

# U.S. Patent No. 7,676,723

## Zyxel

# EXHIBIT H

**Claim 1**

| '723 Patent, Claim 1 | Examples of Infringement |
|---|---|
| **[PRE] Method for protected transmission of data packets, the method comprising:** | Zyxel makes, uses (including via testing), sells, offers for sale, and/or imports, Zyxel 4G LTE compatible devices, including, but not limited to, Nebula FWA70, Nebula LTE3301-PLUS, etc., and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions ("Zyxel 4G LTE Networking Products"), perform a method for protected transmission of data packets of claim 1. <br><br> For example, Zyxel 4G LTE Networking Products, incorporate 4G LTE technology and perform operations consistent with the 4G LTE 3GPP wireless communication standards. <br><br> The preamble of Claim 1 is not limiting. But to the extent Claim 1's preamble is found to be limiting, Zyxel 4G LTE Networking Products meet this limitation. <br><br> *See e.g.,* <br><br> |

| '723 Patent, Claim 1 | Examples of Infringement |
|---|---|
| |  |

| '723 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | Source: https://www.zyxel.com/global/en/products/mobile-broadband/nebula-fwa-5g-outdoor-indoor-router-nebula-fwa70/overview |

| '723 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | **Application Diagram** **4G LTE interface** <br>• 3GPP Release 16 standard-compliant <br>• Supports frequencies: <br>  ▪ FDD: B1/B3/B5/B7/B8/B20/B28/B32 <br>  ▪ TDD: B38/B40/B41/B42/B43 <br>• Supports DL 4×4 MIMO: B1/B3/B5/B7/B8/B20/B28/B38/B40/B41/B42/B43 |

| '723 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | **5G/4G antennas**<br>• Four embedded directional antennas<br>  ▪ Ultra-high band: up to 9 dBi peak gain<br>  ▪ High band: up to 7 dBi peak gain<br>  ▪ Middle band: up to 7 dBi peak gain<br>  ▪ Low band: up to 1 dBi peak gain<br><br>Source: https://download.zyxel.com/Nebula_FWA70/datasheet/Nebula%20FWA70_1.pdf  Page No. 3 and 4 of 5<br><br>## 5  Channel coding, multiplexing and interleaving<br><br>Data and control streams from/to MAC layer are encoded /decoded to offer transport and control services over the radio transmission link. Channel coding scheme is a combination of error detection, error correcting, rate matching, interleaving and transport channel or control information mapping onto/splitting from physical channels.<br><br>### 5.1.1  CRC calculation<br><br>Denote the input bits to the CRC computation by $a_0, a_1, a_2, a_3, ..., a_{A-1}$, and the parity bits by $p_0, p_1, p_2, p_3, ..., p_{L-1}$. $A$ is the size of the input sequence and $L$ is the number of parity bits. The parity bits are generated by one of the following cyclic generator polynomials:<br><br>- $g_{CRC24A}(D) = [D^{24} + D^{23} + D^{18} + D^{17} + D^{14} + D^{11} + D^{10} + D^7 + D^6 + D^5 + D^4 + D^3 + D + 1]$ and;<br><br>- $g_{CRC24B}(D) = [D^{24} + D^{23} + D^6 + D^5 + D + 1]$ for a CRC length $L = 24$ and;<br><br>- $g_{CRC16}(D) = [D^{16} + D^{12} + D^5 + 1]$ for a CRC length $L = 16$. |

| '723 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | Source: (3GPP TS 36.212 version 16.7.0 Release 16); https://www.etsi.org/deliver/etsi_ts/136200_136299/136212/16.07.00_60/ts_136212v160700p.pdf Page No. 11 of 260 Figure 5.3.2-1: Transport block processing for DL-SCH, PCH and MCH |

| '723 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | **5.3.2.1    Transport block CRC attachment**<br><br>Error detection is provided on transport blocks through a Cyclic Redundancy Check (CRC).<br><br>The entire transport block is used to calculate the CRC parity bits. Denote the bits in a transport block delivered to layer 1 by $a_0, a_1, a_2, a_3, ..., a_{A-1}$, and the parity bits by $p_0, p_1, p_2, p_3, ..., p_{L-1}$. $A$ is the size of the transport block and $L$ is the number of parity bits. The lowest order information bit $a_0$ is mapped to the most significant bit of the transport block as defined in clause 6.1.1 of [5].<br><br>The parity bits are computed and attached to the transport block according to clause 5.1.1 setting $L$ to 24 bits and using the generator polynomial $g_{CRC24A}(D)$.<br><br>**5.3.2.2    Code block segmentation and code block CRC attachment**<br><br>The bits input to the code block segmentation are denoted by $b_0, b_1, b_2, b_3, ..., b_{B-1}$ where $B$ is the number of bits in the transport block (including CRC).<br><br>Code block segmentation and code block CRC attachment are performed according to clause 5.1.2.<br><br>The bits after code block segmentation are denoted by $c_{r0}, c_{r1}, c_{r2}, c_{r3}, ..., c_{r(K_r-1)}$, where $r$ is the code block number and $K_r$ is the number of bits for code block number $r$.<br><br>Source: (3GPP TS 36.212 version 16.7.0 Release 16);<br>https://www.etsi.org/deliver/etsi_ts/136200_136299/136212/16.07.00_60/ts_136212v160700p.pdf Page No. 176 and 177 of 260 |

| '723 Patent, Claim 1 | Examples of Infringement |
|---|---|
|  |  |

| '723 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | Source: https://www.zyxel.com/sites/zyxel/files/library/assets/tech-library/product-portfolio/product_portfolio.pdf Page No. 1 of 2 |
| **[1.1] a) dividing at least one of the data packets into a sequence of data blocks, dividing at least one of the data blocks into a sequence of data, wherein a coding for each data in said sequence of data is represented by a sequence of a predefined number of on and off values,** | The Zyxel 4G LTE Networking Products meet this limitation.<br><br>*See e.g.,*<br><br>**6.1.2    MAC PDU (DL-SCH and UL-SCH except transparent MAC and Random Access Response, MCH)**<br><br>A MAC PDU consists of a MAC header, zero or more MAC Service Data Units (MAC SDU), zero, or more MAC control elements, and optionally padding; as described in Figure 6.1.2-3.<br><br>Both the MAC header and the MAC SDUs are of variable sizes.<br><br>Source: (3GPP TS 36.321 version 16.9.0 Release 16); https://www.etsi.org/deliver/etsi_ts/136300_136399/136321/16.09.00_60/ts_136321v160900p.pdf  Page No. 90 of 145<br><br>**4.4    Functions**<br><br>The following functions are supported by MAC sublayer:<br><br>-    mapping between logical channels and transport channels; |

| '723 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | - multiplexing of MAC SDUs from one or different logical channels onto transport blocks (TB) to be delivered to the physical layer on transport channels; |
| | - demultiplexing of MAC SDUs from one or different logical channels from transport blocks (TB) delivered from the physical layer on transport channels; |

Source: (3GPP TS 36.321 version 16.9.0 Release 16); https://www.etsi.org/deliver/etsi_ts/136300_136399/136321/16.09.00_60/ts_136321v160900p.pdf  Page No. 16 and 17 of 145

Transport block CRC attachment

$a_0, a_1, ..., a_{A-1}$

$b_0, b_1, ..., b_{B-1}$

Code block segmentation
Code block CRC attachment

$c_{r0}, c_{r1}, ..., c_{r(K_r-1)}$

Channel coding

$d_{r0}^{(i)}, d_{r1}^{(i)}, ..., d_{r(D_r-1)}^{(i)}$

Rate matching

$e_{r0}, e_{r1}, ..., e_{r(E_r-1)}$

Code block concatenation

$f_0, f_1, ..., f_{G-1}$

**Figure 5.3.2-1: Transport block processing for DL-SCH, PCH and MCH**

| '723 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | **5.3.2.1    Transport block CRC attachment**<br><br>Error detection is provided on transport blocks through a Cyclic Redundancy Check (CRC).<br><br>The entire transport block is used to calculate the CRC parity bits. Denote the bits in a transport block delivered to layer 1 by $a_0, a_1, a_2, a_3, ..., a_{A-1}$, and the parity bits by $p_0, p_1, p_2, p_3, ..., p_{L-1}$. $A$ is the size of the transport block and $L$ is the number of parity bits. The lowest order information bit $a_0$ is mapped to the most significant bit of the transport block as defined in clause 6.1.1 of [5].<br><br>The parity bits are computed and attached to the transport block according to clause 5.1.1 setting $L$ to 24 bits and using the generator polynomial $g_{CRC24A}(D)$.<br><br>**5.3.2.2    Code block segmentation and code block CRC attachment**<br><br>The bits input to the code block segmentation are denoted by $b_0, b_1, b_2, b_3, ..., b_{B-1}$ where $B$ is the number of bits in the transport block (including CRC).<br><br>Code block segmentation and code block CRC attachment are performed according to clause 5.1.2.<br><br>The bits after code block segmentation are denoted by $c_{r0}, c_{r1}, c_{r2}, c_{r3}, ..., c_{r(K_r-1)}$, where $r$ is the code block number and $K_r$ is the number of bits for code block number $r$.<br><br>Source: (3GPP TS 36.212 version 16.7.0 Release 16); https://www.etsi.org/deliver/etsi_ts/136200_136299/136212/16.07.00_60/ts_136212v160700p.pdf Page No. 176 and 177 of 260 |
| | |

| '723 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | ### 5.1.2  Code block segmentation and code block CRC attachment<br><br>The input bit sequence to the code block segmentation is denoted by $b_0, b_1, b_2, b_3, ..., b_{B-1}$, where $B > 0$. If $B$ is larger than the maximum code block size $Z$, segmentation of the input bit sequence is performed and an additional CRC sequence of $L = 24$ bits is attached to each code block. The maximum code block size is:<br><br>-  $Z = 6144$.<br><br>If the number of filler bits $F$ calculated below is not 0, filler bits are added to the beginning of the first block.<br><br>Note that if $B < 40$, filler bits are added to the beginning of the code block.<br><br>The filler bits shall be set to *<NULL>* at the input to the encoder.<br><br>Number of filler bits:  $F = C_+ \cdot K_+ + C_- \cdot K_- - B'$<br><br>for $k = 0$ to $F$-1   -- Insertion of filler bits<br><br>$c_{0k} = < NULL >$<br><br>end for<br><br>$k = F$<br><br>$s = 0$ |

| '723 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | <br><br>Figure 5.3.2-1: Transport block processing for DL-SCH, PCH and MCH |

| '723 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | **5.1.3.2    Turbo coding**<br><br>**5.1.3.2.1    Turbo encoder**<br><br>The scheme of turbo encoder is a Parallel Concatenated Convolutional Code (PCCC) with two 8-state constituent encoders and one turbo code internal interleaver. The coding rate of turbo encoder is 1/3. The structure of turbo encoder is illustrated in figure 5.1.3-2.<br><br>The output from the turbo encoder is<br><br>$$d_k^{(0)} = x_k$$<br>$$d_k^{(1)} = z_k$$<br>$$d_k^{(2)} = z_k'$$<br><br>for $k = 0,1,2,..., K-1$.<br><br>Source: (3GPP TS 36.212 version 16.7.0 Release 16); https://www.etsi.org/deliver/etsi_ts/136200_136299/136212/16.07.00_60/ts_136212v160700p.pdf Page No. 12, 13, 15 and 176 of 260 |
| **[1.2] b) forming a protection datum from the sequence of data and a protection block** | The Zyxel 4G LTE Networking Products meet this limitation.<br><br>*See e.g.,* |

| '723 Patent, Claim 1 | Examples of Infringement |
|---|---|
| **from the sequence of data blocks,** | **5.3.2.1      Transport block CRC attachment**<br><br>Error detection is provided on transport blocks through a Cyclic Redundancy Check (CRC).<br><br>The entire transport block is used to calculate the CRC parity bits. Denote the bits in a transport block delivered to layer 1 by $a_0, a_1, a_2, a_3, ..., a_{A-1}$, and the parity bits by $p_0, p_1, p_2, p_3, ..., p_{L-1}$. $A$ is the size of the transport block and $L$ is the number of parity bits. The lowest order information bit $a_0$ is mapped to the most significant bit of the transport block as defined in clause 6.1.1 of [5].<br><br>The parity bits are computed and attached to the transport block according to clause 5.1.1 setting $L$ to 24 bits and using the generator polynomial $g_{CRC24A}(D)$.<br><br>**5.3.2.2      Code block segmentation and code block CRC attachment**<br><br>The bits input to the code block segmentation are denoted by $b_0, b_1, b_2, b_3, ..., b_{B-1}$ where $B$ is the number of bits in the transport block (including CRC).<br><br>Code block segmentation and code block CRC attachment are performed according to clause 5.1.2.<br><br>The bits after code block segmentation are denoted by $c_{r0}, c_{r1}, c_{r2}, c_{r3}, ..., c_{r(K_r-1)}$, where $r$ is the code block number and $K_r$ is the number of bits for code block number $r$.<br><br>Source: (3GPP TS 36.212 version 16.7.0 Release 16);<br>https://www.etsi.org/deliver/etsi_ts/136200_136299/136212/16.07.00_60/ts_136212v160700p.pdf  Page No. 177 of 260 |

| '723 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | Figure 5.3.2-1: Transport block processing for DL-SCH, PCH and MCH<br><br>Source: (3GPP TS 36.212 version 16.7.0 Release 16); https://www.etsi.org/deliver/etsi_ts/136200_136299/136212/16.07.00_60/ts_136212v160700p.pdf  Page No. 176 of 260 |

| '723 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | **5.1.2 Code block segmentation and code block CRC attachment**<br><br>The input bit sequence to the code block segmentation is denoted by $b_0, b_1, b_2, b_3, ..., b_{B-1}$, where $B > 0$. If $B$ is larger than the maximum code block size $Z$, segmentation of the input bit sequence is performed and an additional CRC sequence of $L = 24$ bits is attached to each code block. The maximum code block size is:<br><br>- $Z = 6144$.<br><br>Source: (3GPP TS 36.212 version 16.7.0 Release 16); https://www.etsi.org/deliver/etsi_ts/136200_136299/136212/16.07.00_60/ts_136212v160700p.pdf Page No. 12 of 260 |
| **[1.3] c) generating a first data request to repeat transmission of said sequence of data if the protection datum transmitted together with the data differs from a protection datum formed in a same manner upon receipt of at least** | The Zyxel 4G LTE Networking Products meet this limitation.<br><br>*See e.g.,*<br><br>**5.1.2 Code block segmentation and code block CRC attachment**<br><br>The input bit sequence to the code block segmentation is denoted by $b_0, b_1, b_2, b_3, ..., b_{B-1}$, where $B > 0$. If $B$ is larger than the maximum code block size $Z$, segmentation of the input bit sequence is performed and an additional CRC sequence of $L = 24$ bits is attached to each code block. The maximum code block size is:<br><br>- $Z = 6144$. |

| '723 Patent, Claim 1 | Examples of Infringement |
|---|---|
| one data block, and | ### 5.1.1 CRC calculation<br><br>Denote the input bits to the CRC computation by $a_0, a_1, a_2, a_3,..., a_{A-1}$, and the parity bits by $p_0, p_1, p_2, p_3,..., p_{L-1}$. $A$ is the size of the input sequence and $L$ is the number of parity bits. The parity bits are generated by one of the following cyclic generator polynomials:<br><br>- $g_{CRC24A}(D) = [D^{24} + D^{23} + D^{18} + D^{17} + D^{14} + D^{11} + D^{10} + D^7 + D^6 + D^5 + D^4 + D^3 + D + 1]$ and;<br>- $g_{CRC24B}(D) = [D^{24} + D^{23} + D^6 + D^5 + D + 1]$ for a CRC length $L = 24$ and;<br>- $g_{CRC16}(D) = [D^{16} + D^{12} + D^5 + 1]$ for a CRC length $L = 16$.<br><br>**Figure 5.3.2-1: Transport block processing for DL-SCH, PCH and MCH**<br><br>Source: (3GPP TS 36.212 version 16.7.0 Release 16); https://www.etsi.org/deliver/etsi_ts/136200_136299/136212/16.07.00_60/ts_136212v160700p.pdf Page No. 11, 12 and 176 of 260 |

| '723 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | ## 4.4    Functions<br><br>The following functions are supported by MAC sublayer:<br><br>- mapping between logical channels and transport channels;<br><br>- scheduling information reporting;<br><br>- error correction through HARQ;<br><br>- priority handling between UEs by means of dynamic scheduling;<br><br>Source: (3GPP TS 36.321 version 16.9.0 Release 16); https://www.etsi.org/deliver/etsi_ts/136300_136399/136321/16.09.00_60/ts_136321v160900p.pdf  Page No. 16 and 17 of 145<br><br>### 4G/LTE - Basic Procedures<br><br>**Downlink Data Transmission Process (HARQ ACK/NACK)**<br><br>Downlink data (i.e, PDSCH) transmission process can be summarized as follows.<br><br>i) Network High Layer ( RRC or TE)  -> Lower Layer : Transmit the data toward the lower layer.<br>ii) Network -> UE : Transmit the data via PDSCH<br>iii) UE receive PDSCH data<br>iv) UE checks CRC error for the PDSCH data<br>v) Now we have two cases at this point,<br>   a) If UE has some data to transmit to the network, UE send the result of CRC check(ACK/NACK) via PUSCH<br>   b) If UE does not have any data to transmit to the network, UE sends the result CRC check via PUCCH<br>vi) Network receives CRC check result from UE and do one of the following steps.<br>   a) If it receives ACK, Network transmit the next data (new data)<br>   b) If it receives NACK, Network HARQ process retransmit the exisiting data (with different revision)<br><br>External Source: https://www.sharetechnote.com/html/BasicProcedure_LTE_DataTransmission_DL.html |

| '723 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | **HARQ Procedure During Downlink Transmission**<br><br>When eNodeB sends data to UE through PDSCH, UE determines it's correctness by checking CRC and report it to eNodeB through **ACK/NACK** bit. If UE also has data to send and it gets a grant, it'll send ACK/NACK on **PUSCH** along with data, otherwise it'll send it on **PUCCH**. eNodeB can use 8 HARQ processes in any order (**asynchronous HARQ**) i.e. re-transmissions can occur any time relative to the initial transmission.<br><br> |

| '723 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | Work of HARQ entity includes- <br><br> ▪ Maintain a number of HARQ processes. <br> ▪ Analyze search space to find a downlink grant on **PDCCH**. <br> ▪ Send HARQ information to UE through **PDSCH** , send HARQ Process Id and RV on PDCCH. <br> ▪ UE receives the data and finds the HARQ process no. from PDCCH. If it were a retransmission, it performs soft combining of this data with the data stored in buffer last time. If it were a new transmission, it buffers the data and check **CRC.** It requires 3 msec for processing, after 4 msec. If it has data to send and it has a grant it'll send ul data alongwith ACK/NACK on PUSCH, otherwise it sends **ACK/NACK** on PUCCH. <br><br> External Source: https://www.techplayon.com/hybrid-automatic-repeat-request-harq-in-lte-fdd/ |
| **[1.4] d) generating a second data request to repeat transmission of said at least one data block if the protection block transmitted together with the data blocks differs from a protection block formed in a same manner** | The Zyxel 4G LTE Networking Products meet this limitation. <br><br> *See e.g.,* <br><br> 5.3.2.1      Transport block CRC attachment <br><br> Error detection is provided on transport blocks through a Cyclic Redundancy Check (CRC). <br><br> The entire transport block is used to calculate the CRC parity bits. Denote the bits in a transport block delivered to layer 1 by $a_0, a_1, a_2, a_3, ..., a_{A-1}$, and the parity bits by $p_0, p_1, p_2, p_3, ..., p_{L-1}$. $A$ is the size of the transport block and $L$ is the number of parity bits. The lowest order information bit $a_0$ is mapped to the most significant bit of the transport block as defined in clause 6.1.1 of [5]. <br><br> The parity bits are computed and attached to the transport block according to clause 5.1.1 setting $L$ to 24 bits and using the generator polynomial $g_{CRC24A}(D)$. |

| '723 Patent, Claim 1 | Examples of Infringement |
|---|---|
| **upon receipt of at least one data packet.** | <br><br>**Figure 5.3.2-1: Transport block processing for DL-SCH, PCH and MCH**<br><br>5.1.1    CRC calculation<br><br>Denote the input bits to the CRC computation by $a_0, a_1, a_2, a_3,..., a_{A-1}$, and the parity bits by $p_0, p_1, p_2, p_3,..., p_{L-1}$. $A$ is the size of the input sequence and $L$ is the number of parity bits. The parity bits are generated by one of the following cyclic generator polynomials:<br><br>- $g_{CRC24A}(D) = [D^{24} + D^{23} + D^{18} + D^{17} + D^{14} + D^{11} + D^{10} + D^7 + D^6 + D^5 + D^4 + D^3 + D + 1]$ and;<br><br>- $g_{CRC24B}(D) = [D^{24} + D^{23} + D^6 + D^5 + D + 1]$ for a CRC length $L = 24$ and;<br><br>- $g_{CRC16}(D) = [D^{16} + D^{12} + D^5 + 1]$ for a CRC length $L = 16$. |

Claim Chart – Page **23** of **26**

| '723 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | Source: (3GPP TS 36.212 version 16.7.0 Release 16); https://www.etsi.org/deliver/etsi_ts/136200_136299/136212/16.07.00_60/ts_136212v160700p.pdf Page 11, 177 and 176 of 260 <br><br> ## 4.4   Functions <br><br> The following functions are supported by MAC sublayer: <br><br> - mapping between logical channels and transport channels; <br> - scheduling information reporting; <br> - error correction through HARQ; <br> - priority handling between UEs by means of dynamic scheduling; <br><br> Source: (3GPP TS 36.321 version 16.9.0 Release 16); https://www.etsi.org/deliver/etsi_ts/136300_136399/136321/16.09.00_60/ts_136321v160900p.pdf Page No. 16 and 17 of 145 <br><br> ## 9.1   HARQ principles <br><br> The HARQ within the MAC sublayer has the following characteristics: <br><br> - HARQ transmits and retransmits transport blocks; <br> - In the downlink: <br>  - N-process Stop-And-Wait; <br>  - Asynchronous adaptive HARQ; <br>  - Uplink ACK/NAKs in response to downlink (re)transmissions are sent on PUCCH or PUSCH (except for NB-IoT and short TTI); |

| '723 Patent, Claim 1 | Examples of Infringement |
|---|---|
|  | Source: (3GPP TS 36.300 version 16.9.0 Release 16); https://www.etsi.org/deliver/etsi_ts/136300_136399/136300/16.09.00_60/ts_136300v160900p.pdf Page 119 of 404 <br><br> **10.3.2.7  Overall Channel Coding Chain for Data** <br><br> The overall flow diagram of the turbo coded channels in LTE is summarized in Figure 10.15. The physical layer first attaches a 24-bit Cyclic Redundancy Check (CRC) to each TB received from the MAC layer. This is used at the receiver to verify correct reception and to generate the HARQ ACK/NACK feedback. <br><br> **4.4.1  MAC Architecture** <br><br> The MAC layer consists of a HARQ entity, a multiplexing/demultiplexing entity, a logical channel prioritization entity, a random access control entity, and a controller which performs various control functions. <br> The HARQ entity is responsible for the transmit and receive HARQ operations. The transmit HARQ operation includes transmission and retransmission of TBs, and reception and processing of ACK/NACK signalling. The receive HARQ operation includes reception of TBs, combining of the received data and generation of ACK/NACK signalling. In order to enable continuous transmission while previous TBs are being decoded, up to eight HARQ processes in parallel are used to support multiprocess 'Stop-And-Wait' (SAW) HARQ operation. <br> SAW operation means that upon transmission of a TB, a transmitter stops further transmissions and awaits feedback from the receiver. When a NACK is received, or when a certain time elapses without receiving any feedback, the transmitter retransmits the TB. Such <br><br> External Source: (LTE The UMTS Long Term Evolution - Wiley); https://www.cs.uoi.gr/~epap/L05/downloads/lt/Wiley.LTE.The.UMTS.2nd.pdf Page No. 285 and 150 of 794 |

| '723 Patent, Claim 1 | Examples of Infringement |
|---|---|
|  |  |