# EXHIBIT I

# Claim Chart

# U.S. Patent No. 8,111,660

## Zyxel

# EXHIBIT I

**Claim 1**

| '660 Patent, Claim 1 | Examples of Infringement |
|---|---|
| **[PRE] A method of transmitting data by radio, comprising:** | Zyxel makes, uses (including via testing), sells, offers for sale, and/or imports, Zyxel 802.11ax or WiFi 6 compatible devices, including, but not limited to  Zyxel NWA50AX - AX1800 4-Stream WiFi 6 Dual-Radio NebulaFlex Access Point, WAX650S, WAX630S, WAX610D, WAX510D, WAX655E, WAX300H, NWA210AXv2, NWA210AX, NWA110AX, NWA50AX Pro, NWA90AX,  NWA50AX, NWA90AX, NWA55AXE etc., and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions ("Zyxel WiFi Networking Products"), perform a method of transmitting data by radio of Claim 1.<br><br>For example, Zyxel WiFi Networking Products, incorporate 802.11ax Wi-Fi technology and perform operations consistent with the IEEE 802.11ax wireless networking standards.<br><br>The preamble of Claim 1 is not limiting. But to the extent Claim 1's preamble is found to be limiting, Zyxel WiFi Networking Products meet this limitation.<br><br>*See e.g.,*<br><br>ZYXEL<br>NETWORKS<br><br>**AX1800 4-Stream WiFi 6 Dual-Radio NebulaFlex Access Point**<br>NWA50AX |

| '660 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | <br><br>Source: https://www.zyxel.com/us/en-us/products/wireless/ax1800-4-stream-wifi-6-dual-radio-nebulaflex-access-point-nwa50ax/overview<br><br>Source: https://www.zyxel.com/us/en-us/products/wireless/ax1800-4-stream-wifi-6-dual-radio-nebulaflex-access-point-nwa50ax/specifications |

| '660 Patent, Claim 1 | Examples of Infringement |
|---|---|
| |  Source: (NWA50AX Datasheet); https://download.zyxel.com/NWA50AX/datasheet/NWA50AX_7.pdf Page 1 and 2 of 4 |

| '660 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | and allow each transmission or device to take its turn at the assigned interval. This allows multiple users to transmit at the same time but without any contention. While the frequency is effectively split, and transmissions are sent in sequence, it all happens so quickly, it's imperceptible to the user.<br><br>Source: (WiFi 6 White Paper); https://www.zyxel.com/library/assets/tech-library/whitepaper/wifi6.pdf Page 4 of 7<br><br>**DL/UL OFDMA**<br>Improving Traffic Efficiency<br><br>The OFDMA feature allows the AP to assign different parts of the spectrum to different users, improving traffic coordination and rational spectrum usage.<br><br>Source: (WiFi 6 Technologies); https://www.zyxel.com/sites/zyxel/files/solution/WiFi_6_infographics.pdf Page 1 of 1<br><br>**Enhanced Air Time Utilization**<br><br>WiFi 6 increases transmission performance in high-density environments, such as a campus or a company office that have multiple client devices using:<br><br>• OFDMA (Orthogonal Frequency-Division Multiple Access) – allows multiple WiFi clients to transmit data simultaneously on a single OFDM symbol by dividing sub-carriers into groups as transmission units called Resource Units (RUs). The AP then allocates RUs to different WiFi clients for data transmissions at the same time.<br>• BSS Coloring – tags traffic by Basic Service Set (BSS) and identifies traffic from overlapping BSSs. The AP can ignore traffic of unrelated BSSs and transmit data when a channel is occupied.<br>• MU-MIMO (Multiple User-Multiple Input Multiple Output) – enables multiple users to connect to the AP and downlink/uplink traffic simultaneously.<br><br>Source: (NWA50AX User Guide); https://download.zyxel.com/NWA50AX/user_guide/NWA50AX-UG.pdf Page 148 of 327 |

| '660 Patent, Claim 1 | Examples of Infringement |
|---|---|
| |  |

| '660 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | |

| '660 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | Source:  (Zyxel  Product  Guide);   https://www.zyxel.com/sites/zyxel/files/library/assets/tech-library/product-portfolio/product_portfolio.pdf Page 1 of 2 |
| **[1.1] using a plurality of subcarriers of a frequency band and a plurality of antennas for transmission such** | The Zyxel WiFi Networking Products meet this limitation. *See e.g.,* |

| '660 Patent, Claim 1 | Examples of Infringement |
|---|---|
| **that each antenna transmits data using the plurality of the subcarriers;** | **Enhanced Air Time Utilization**<br><br>WiFi 6 increases transmission performance in high-density environments, such as a campus or a company office that have multiple client devices using:<br><br>• OFDMA (Orthogonal Frequency-Division Multiple Access) – allows multiple WiFi clients to transmit data simultaneously on a single OFDM symbol by dividing sub-carriers into groups as transmission units called Resource Units (RUs). The AP then allocates RUs to different WiFi clients for data transmissions at the same time.<br>• BSS Coloring – tags traffic by Basic Service Set (BSS) and identifies traffic from overlapping BSSs. The AP can ignore traffic of unrelated BSSs and transmit data when a channel is occupied.<br>• MU-MIMO (Multiple User-Multiple Input Multiple Output) – enables multiple users to connect to the AP and downlink/uplink traffic simultaneously.<br><br>**Figure 7**  Dual-Radio Application<br><br><br><br>Source: (NWA50AX User Guide); https://download.zyxel.com/NWA50AX/user_guide/NWA50AX-UG.pdf Page 22 and 148 of 327 |

| '660 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | <br><br>Source: https://web.archive.org/web/20200920044916/https://www.zyxel.com/WiFi-6-OFDMA.shtml |

| '660 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | <br>Source: (NWA50AX Radio Exposure Test Report); https://fcc.report/FCC-ID/I8811AXAP22A/5231170.pdf Page 1 and 5 of 8 |

| '660 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | Source: https://www.youtube.com/watch?v=6Wj3FrlHU80 at 6:53 of 50:14 <br><br> **19.3.3 Transmitter block diagram** <br><br> <br><br> **Figure 19-2—Transmitter block diagram 1** <br><br> Source: (IEEE Std 802.11-2024); https://standards.ieee.org/ieee/802.11/10548/ Page 3416 and 3417 of 5956 |

| '660 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | ## RF Design<br><br>Antenna type — Internal Antenna<br><br>Antenna gain — 2.4 GHz: 3 dBi, 2×2:2SS<br>5 GHz: 4 dBi, 2×2:2SS<br><br>Source:  https://www.zyxel.com/global/en/products/wireless/ax1800-4-stream-wifi-6-dual-radio-nebulaflex-access-point-nwa50ax/specifications |
| **[1.2] dividing data for transmission into a plurality of elements such that the number of data elements corresponds to the number of subcarriers;** | The Zyxel WiFi Networking Products meet this limitation.<br><br>*See e.g.,* |

| '660 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | <br><br>Source: https://www.youtube.com/watch?v=6Wj3FrlHU80 at 6:53 of 50:14<br><br>**27.3.1.2 OFDMA**<br><br>OFDMA is an OFDM-based multiple access scheme where different subsets of subcarriers are allocated to different users, and this scheme allows simultaneous data transmission to or from one or more users. In OFDMA, users are allocated different subsets of subcarriers that can change from one PPDU to the next. The difference between OFDM and OFDMA is illustrated in Figure 27-4. Similar to OFDM, OFDMA<br><br>h)  *Spatial mapper* maps space-time streams to transmit chains. This may include one of the following:<br>  1)  *Direct mapping*: Constellation points from each space-time stream are mapped directly onto the transmit chains (one-to-one mapping).<br>  2)  *Spatial expansion*: Vectors of constellation points from all of the space-time streams are expanded via matrix multiplication to produce the input to all of the transmit chains. |

| '660 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | Source: (IEEE Std 802.11-2024); https://standards.ieee.org/ieee/802.11/10548/ Page 3416 and 4167 of 5956<br><br>**Enhanced Air Time Utilization**<br><br>WiFi 6 increases transmission performance in high-density environments, such as a campus or a company office that have multiple client devices using:<br><br>• OFDMA (Orthogonal Frequency-Division Multiple Access) – allows multiple WiFi clients to transmit data simultaneously on a single OFDM symbol by dividing sub-carriers into groups as transmission units called Resource Units (RUs). The AP then allocates RUs to different WiFi clients for data transmissions at the same time.<br><br>Source: (NWA50AX User Guide); https://download.zyxel.com/NWA50AX/user_guide/NWA50AX-UG.pdf Page 148 of 327<br><br>**2  OFDMA and the "spectrum" perspective**<br><br>inefficient utilizing the large spectrum in many application scenarios. OFDMA can divide a large spectrum bandwidth into several smaller RUs (resource units) to carry multiple services for different needs simultaneously. The 11ax defines seven RU sizes constructed by "26", "52", "106", "242", "484", "996" or "2x996" SCs (sub-carriers). With the combinations of OFDMA, 8x8 MIMO, different MCS rates and GI (Guard Interval), the 11ax can support a range of data rates from 0.4 Kbps to 9.6 Gbps for different application needs. It is flexible to dynamically allocate RUs in different sizes within the large-spectrum bandwidth according to the STA needs to be fulfilled.<br><br>The 11ax defines a maximum of 74 RUs (26-SC) in a 160 MHz channel bandwidth, which means that as many as 74 STAs of different services can be served simultaneously by an AP. Comparing to SU-MIMO/MU-MIMO, the OFDMA can significantly improve the utilization efficiency of the large spectrum a WiFi network can offer. In addition, OFDMA brings other improvements such as lower latency and better reliability as well. |

| '660 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | Source: https://web.archive.org/web/20200920044916/https://www.zyxel.com/WiFi-6-OFDMA.shtml<br><br>**DL/UL OFDMA**<br>Improving Traffic Efficiency<br><br>The OFDMA feature allows the AP to assign different parts of the spectrum to different users, improving traffic coordination and rational spectrum usage.<br><br>Source: (WiFi 6 Technologies); https://www.zyxel.com/sites/zyxel/files/solution/WiFi_6_infographics.pdf Page 1 of 1<br><br>**RF Design**<br><br>Antenna type — Internal Antenna<br><br>Antenna gain — 2.4 GHz: 3 dBi, 2×2:2SS<br>5 GHz: 4 dBi, 2×2:2SS |

| '660 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | Source:  https://www.zyxel.com/global/en/products/wireless/ax1800-4-stream-wifi-6-dual-radio-nebulaflex-access-point-nwa50ax/specifications |
| **[1.3] for each antenna, assigning each element to a subcarrier for transmission, such that for at least two antennas and at least one subcarrier, different elements are assigned to said one subcarrier; and** | The Zyxel WiFi Networking Products meet this limitation.<br><br>*See e.g.,*<br><br>h)  *Spatial mapper* maps space-time streams to transmit chains. This may include one of the following:<br><br>1)  *Direct mapping*: Constellation points from each space-time stream are mapped directly onto the transmit chains (one-to-one mapping).<br><br>2)  *Spatial expansion*: Vectors of constellation points from all of the space-time streams are expanded via matrix multiplication to produce the input to all of the transmit chains.<br><br>Source: (IEEE Std 802.11-2024); https://standards.ieee.org/ieee/802.11/10548/ Page 3416 of 5956 |

| '660 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | <br><br>Source: https://www.youtube.com/watch?v=6Wj3FrlHU80 at 6:53 of 50:14<br><br>**2  OFDMA and the "spectrum" perspective**<br><br>inefficient utilizing the large spectrum in many application scenarios. OFDMA can divide a large spectrum bandwidth into several smaller RUs (resource units) to carry multiple services for different needs simultaneously. The 11ax defines seven RU sizes constructed by "26", "52", "106", "242", "484", "996" or "2x996" SCs (sub-carriers). With the combinations of OFDMA, 8x8 MIMO, different MCS rates and GI (Guard Interval), the 11ax can support a range of data rates from 0.4 Kbps to 9.6 Gbps for different application needs. It is flexible to dynamically allocate RUs in different sizes within the large-spectrum bandwidth according to the STA needs to be fulfilled. |

| '660 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | <br><br>Source: https://web.archive.org/web/20200920044916/https://www.zyxel.com/WiFi-6-OFDMA.shtml<br><br>**Enhanced Air Time Utilization**<br><br>WiFi 6 increases transmission performance in high-density environments, such as a campus or a company office that have multiple client devices using:<br><br>• OFDMA (Orthogonal Frequency-Division Multiple Access) – allows multiple WiFi clients to transmit data simultaneously on a single OFDM symbol by dividing sub-carriers into groups as transmission units called Resource Units (RUs). The AP then allocates RUs to different WiFi clients for data transmissions at the same time. |

| '660 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | Source: (NWA50AX User Guide); https://download.zyxel.com/NWA50AX/user_guide/NWA50AX-UG.pdf Page 148 of 327<br><br>**1.2   Antenna Information**<br><br>_(table below)_<br><br>Source: (NWA50AX Radio Exposure Test Report); https://fcc.report/FCC-ID/I8811AXAP22A/5231170.pdf Page 5 of 8<br><br>**RF Design**<br><br>Antenna type — Internal Antenna<br><br>Antenna gain — 2.4 GHz: 3 dBi, 2×2:2SS<br>5 GHz: 4 dBi, 2×2:2SS<br><br>Source:  https://www.zyxel.com/global/en/products/wireless/ax1800-4-stream-wifi-6-dual-radio-nebulaflex-access-point-nwa50ax/specifications |

**1.2   Antenna Information**

| Ant. | Port | Brand | Model Name | Antenna Type | Connector | Gain (dBi) 2.4GHz | Gain (dBi) 5GHz |
|---|---|---|---|---|---|---|---|
| 1 | 1 | LYNwave | MLX21M-221AA0-A | PIFA | I-PEX | 3.4 | 4.5 |
| 2 | 2 | LYNwave | MLX21M-221AA0-A | PIFA | I-PEX | 3.1 | 4.2 |

Claim Chart – Page **20** of **24**

| '660 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | |
| [1.4] before performing an OFDM modulation for each antenna, multiplying each element by an antenna-specific and an element-specific factor. | The Zyxel WiFi Networking Products meet this limitation.<br><br>*See e.g.,*<br><br>**19.3.3 Transmitter block diagram**<br><br>HT-mixed format and HT-greenfield format transmissions can be generated using a transmitter consisting of the following blocks:<br><br>f) *Constellation mapper* maps the sequence of bits in each spatial stream to constellation points (complex numbers).<br><br>g) *STBC encoder* spreads constellation points from $N_{SS}$ spatial streams into $N_{STS}$ space-time streams using a space-time block code. STBC is used only when $N_{SS} < N_{STS}$; see 19.3.11.9.2.<br><br>h) *Spatial mapper* maps space-time streams to transmit chains. This may include one of the following:<br>  1) *Direct mapping*: Constellation points from each space-time stream are mapped directly onto the transmit chains (one-to-one mapping).<br>  2) *Spatial expansion*: Vectors of constellation points from all of the space-time streams are expanded via matrix multiplication to produce the input to all of the transmit chains. |

Claim Chart – Page **21** of **24**

| '660 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | <br>Figure 19-3—Transmitter block diagram 2 |

| '660 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | **19.3.11.11.2 Spatial mapping**<br><br>The transmitter may choose to rotate and/or scale the constellation mapper output vector (or the space-time block coder output, if applicable). This rotation and/or scaling is useful in the following cases:<br><br>— When there are more transmit chains than space-time streams, $N_{STS} < N_{TX}$<br><br>— As part of (an optional) sounding PPDU<br><br>— As part of (an optional) calibration procedure<br><br>— When the PPDU is transmitted using one of the (optional) beamforming techniques<br><br>If the data to be transmitted on subcarrier $k$ on space-time stream $i_{STS}$ are $X_k^{(i_{STS})}$, the transmitted data on the transmit chain $i_{TX}$ shall be as shown in Equation (19-57).<br><br>$$r_{Field}^{(i_{TX})} = \frac{1}{\sqrt{N_{STS} \cdot N_{Field}^{Tone}}} w_{T_{Field}}(t) \sum_{k=-N_{SR}}^{N_{SR}} \sum_{i_{STS}=1}^{N_{STS}} [Q_k]_{i_{TX},\,i_{STS}} X_k^{(i_{STS})} \exp(j2\pi k\Delta_F(t - T_{CS}^{i_{STS}})) \quad (19\text{-}57)$$<br><br>where<br><br>$[Q_k]_{i_{TX},\,i_{STS}}$ is the element in row $i_{TX}$ and column $i_{STS}$ in a matrix $Q_k$ with $N_{TX}$ rows and $N_{STS}$ columns; $Q_k$ may be frequency dependent<br><br>$Field$ is any field, as defined in 19.3.7, excluding L-STF, L-LTF, L-SIG, and HT-SIG in HT-mixed format PPDU<br><br>Source: (IEEE Std 802.11-2024); https://standards.ieee.org/ieee/802.11/10548/ Page 3416, 3418 and 3454 of 5956 |

Claim Chart – Page **23** of **24**

| '660 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | ## RF Design<br><br>Antenna type — Internal Antenna<br><br>Antenna gain — 2.4 GHz: 3 dBi, 2×2:2SS<br>5 GHz: 4 dBi, 2×2:2SS<br><br>Source:  https://www.zyxel.com/global/en/products/wireless/ax1800-4-stream-wifi-6-dual-radio-nebulaflex-access-point-nwa50ax/specifications |