# EXHIBIT J

# Claim Chart

# U.S. Patent No. 8,170,476

## Zyxel

# EXHIBIT J

**Claim 1**

| '476 Patent, Claim 1 | Examples of Infringement |
|---|---|
| **[PRE] A method for transmitting data packets in a radio system between a transmitter and a receiver, comprising:** | Zyxel makes, uses (including via testing), sells, offers for sale, and/or imports, Zyxel 4G LTE compatible devices, including, but not limited to, Nebula FWA70, Nebula LTE3301-PLUS, etc., and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions ("Zyxel 4G LTE Networking Products"), perform a method for transmitting data packets in a radio system between a transmitter and a receiver of claim 1.<br><br>For example, Zyxel 4G LTE Networking Products, incorporate 4G LTE technology and perform operations consistent with the 4G LTE 3GPP wireless communication standards.<br><br>The preamble of Claim 1 is not limiting. But to the extent Claim 1's preamble is found to be limiting, Zyxel 4G LTE Networking Products meet this limitation.<br><br>*See e.g.,*<br><br>**ZYXEL**<br>NETWORKS |

| '476 Patent, Claim 1 | Examples of Infringement |
|---|---|
| |  |

| '476 Patent, Claim 1 | Examples of Infringement |
|---|---|
| |
Source: https://www.zyxel.com/global/en/products/mobile-broadband/nebula-fwa-5g-outdoor-indoor-router-nebula-fwa70

Source: https://www.zyxel.com/global/en/products/mobile-broadband/nebula-fwa-5g-outdoor-indoor-router-nebula-fwa70/specifications |

| '476 Patent, Claim 1 | Examples of Infringement |
|---|---|
| |  Source: (Zyxel Nebula FWA70 Router Datasheet); https://download.zyxel.com/Nebula_FWA70/datasheet/Nebula%20FWA70_1.pdf  Page 1 of 5 |

| '476 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | Source: (Zyxel Nebula FWA70 Router Datasheet); https://download.zyxel.com/Nebula_FWA70/datasheet/Nebula%20FWA70_1.pdf Page 3 of 5 <br><br> **5    Power control** <br><br> Downlink power control determines the Energy Per Resource Element (EPRE). The term resource element energy denotes the energy prior to CP insertion. The term resource element energy also denotes the average energy taken over all constellation points for the modulation scheme applied. Uplink power control determines the average power over a SC-FDMA symbol in which the physical channel is transmitted. <br><br> **5.1    Uplink power control** <br><br> If the UE is configured with *shortTTI*, PUCCH in this clause refers to SPUCCH defined in [3] if the HARQ-ACK is sent in response to PDSCH scheduled by DCI format 7-1A/1B/1C/1D/1E/1F/1G or if the scheduling request is sent on resources configured by higher layer parameter *sr-SlotSPUCCH-IndexFH or sr-SlotSPUCCH-IndexNoFH or sr-subSlotSPUCCH-Resource* for slot/subslot-based transmissions, unless otherwise noted. |

| '476 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | **5.1.1.1 UE behaviour**<br><br>The setting of the UE Transmit power for a Physical Uplink Shared Channel (PUSCH) transmission is defined as follows.<br><br>If the UE transmits PUSCH without a simultaneous PUCCH for the serving cell $c$, then the UE transmit power $P_{PUSCH,c}(i)$ for PUSCH transmission in subframe/slot/subslot $i$ for the serving cell $c$ is given by<br><br>$$P_{PUSCH,c}(i) = \min\begin{cases} P_{CMAX,c}(i), \\ 10\log_{10}(M_{PUSCH,c}(i)) + P_{O\_PUSCH,c}(j) + \alpha_c(j) \cdot PL_c + \Delta_{TF,c}(i) + f_c(i) \end{cases} \text{[dBm]}$$<br><br>If the UE transmits PUSCH simultaneous with PUCCH for the serving cell $c$, then the UE transmit power $P_{PUSCH,c}(i)$ for the PUSCH transmission in subframe/slot/subslot $i$ for the serving cell $c$ is given by<br><br>$$P_{PUSCH,c}(i) = \min\begin{cases} 10\log_{10}\left(\hat{P}_{CMAX,c}(i) - \hat{P}_{PUCCH}(i)\right), \\ 10\log_{10}(M_{PUSCH,c}(i)) + P_{O\_PUSCH,c}(j) + \alpha_c(j) \cdot PL_c + \Delta_{TF,c}(i) + f_c(i) \end{cases} \text{[dBm]}$$<br><br>Source: (3GPP TS 36.213 version 16.11.0 Release 16);<br>https://www.etsi.org/deliver/etsi_ts/136200_136299/136213/16.11.00_60/ts_136213v161100p.pdf Page 16 and 17 of 565 |

| '476 Patent, Claim 1 | Examples of Infringement |
|---|---|
| |  |

| '476 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | Source: https://www.zyxel.com/sites/zyxel/files/library/assets/tech-library/product-portfolio/product_portfolio.pdf<br>Page No. 1 of 2 |
| **[1.1] determining a specified nominal emission power for a data packet relative to a required reception quality;** | The Zyxel 4G LTE Networking Products meet this limitation.<br><br>*See e.g.,*<br><br>**5.1.1.1    UE behaviour**<br><br>The setting of the UE Transmit power for a Physical Uplink Shared Channel (PUSCH) transmission is defined as follows.<br><br>If the UE transmits PUSCH without a simultaneous PUCCH for the serving cell $c$, then the <u>UE transmit power</u> <u>$P_{\text{PUSCH},c}(i)$</u> for PUSCH transmission in subframe/slot/subslot $i$ for the serving cell $c$ is given by<br><br>$$P_{\text{PUSCH},c}(i) = \min\left\{ \begin{array}{l} P_{\text{CMAX},c}(i), \\ 10\log_{10}(M_{\text{PUSCH},c}(i)) + P_{\text{O\_PUSCH},c}(j) + \alpha_c(j) \cdot PL_c + \Delta_{\text{TF},c}(i) + f_c(i) \end{array} \right\} \; [\text{dBm}]$$<br><br>If the UE transmits PUSCH simultaneous with PUCCH for the serving cell $c$, then the UE transmit power $P_{\text{PUSCH},c}(i)$ for the PUSCH transmission in subframe/slot/subslot $i$ for the serving cell $c$ is given by<br><br>$$P_{\text{PUSCH},c}(i) = \min\left\{ \begin{array}{l} 10\log_{10}\left(\hat{P}_{\text{CMAX},c}(i) - \hat{P}_{\text{PUCCH}}(i)\right), \\ 10\log_{10}(M_{\text{PUSCH},c}(i)) + P_{\text{O\_PUSCH},c}(j) + \alpha_c(j) \cdot PL_c + \Delta_{\text{TF},c}(i) + f_c(i) \end{array} \right\} \; [\text{dBm}]$$ |

| '476 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | - If the UE is configured with higher layer parameter *UplinkPowerControlDedicated-v12x0* for serving cell $c$ and if subframe $i$ belongs to uplink power control subframe set 2 as indicated by the higher layer parameter *tpc-SubframeSet-r12*, <br><br> - when j=0, $P_{O\_PUSCH,c}(0) = P_{O\_UE\_PUSCH,c,2}(0) + P_{O\_NOMINAL\_PUSCH,c,2}(0)$, where j=0 is used for PUSCH (re)transmissions corresponding to a semi-persistent grant. $P_{O\_UE\_PUSCH,c,2}(0)$ and $P_{O\_NOMINAL\_PUSCH,c,2}(0)$ are the parameters *p0-UE-PUSCH-Persistent-SubframeSet2-r12* and *p0-NominalPUSCH-Persistent-SubframeSet2-r12* respectively provided by higher layers, for each serving cell $c$. <br><br> - when j=1, $P_{O\_PUSCH,c}(1) = P_{O\_UE\_PUSCH,c,2}(1) + P_{O\_NOMINAL\_PUSCH,c,2}(1)$, where j=1 is used for PUSCH (re)transmissions corresponding to a dynamic scheduled grant. $P_{O\_UE\_PUSCH,c,2}(1)$ and $P_{O\_NOMINAL\_PUSCH,c,2}(1)$ are the parameters *p0-UE-PUSCH-SubframeSet2-r12* and *p0-NominalPUSCH-SubframeSet2-r12* respectively, provided by higher layers for serving cell $c$. <br><br> Source: (3GPP TS 36.213 version 16.11.0 Release 16); https://www.etsi.org/deliver/etsi_ts/136200_136299/136213/16.11.00_60/ts_136213v161100p.pdf Page 17 and 18 of 565 |
| **[1.2] transmitting the data packet with a first effective emission power, the first effective emission power being the nominal emission** | The Zyxel 4G LTE Networking Products meet this limitation. <br><br> *See e.g.,* |

| '476 Patent, Claim 1 | Examples of Infringement |
|---|---|
| **power or an emission power deviated from said nominal emission power due to certain boundary conditions;** | **5.1.1.1    UE behaviour**<br><br>The setting of the UE Transmit power for a Physical Uplink Shared Channel (PUSCH) transmission is defined as follows.<br><br>If the UE transmits PUSCH without a simultaneous PUCCH for the serving cell $c$, then the UE transmit power $P_{\mathrm{PUSCH},c}(i)$ for PUSCH transmission in subframe/slot/subslot $i$ for the serving cell $c$ is given by<br><br>$$P_{\mathrm{PUSCH,c}}(i) = \min\begin{cases} P_{\mathrm{CMAX},c}(i), \\ 10\log_{10}(M_{\mathrm{PUSCH,c}}(i)) + P_{\mathrm{O\_PUSCH,c}}(j) + \alpha_c(j)\cdot PL_c + \Delta_{\mathrm{TF,c}}(i) + f_c(i) \end{cases} \text{[dBm]}$$<br><br>If the UE transmits PUSCH simultaneous with PUCCH for the serving cell $c$, then the UE transmit power $P_{\mathrm{PUSCH},c}(i)$ for the PUSCH transmission in subframe/slot/subslot $i$ for the serving cell $c$ is given by<br><br>$$P_{\mathrm{PUSCH,c}}(i) = \min\begin{cases} 10\log_{10}\left(\hat{P}_{\mathrm{CMAX},c}(i) - \hat{P}_{\mathrm{PUCCH}}(i)\right), \\ 10\log_{10}(M_{\mathrm{PUSCH,c}}(i)) + P_{\mathrm{O\_PUSCH,c}}(j) + \alpha_c(j)\cdot PL_c + \Delta_{\mathrm{TF,c}}(i) + f_c(i) \end{cases} \text{[dBm]}$$ |

Claim Chart – Page **11** of **22**

| '476 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | - If the UE is configured with higher layer parameter *UplinkPowerControlDedicated-v12x0* for serving cell $c$ and if subframe $i$ belongs to uplink power control subframe set 2 as indicated by the higher layer parameter *tpc-SubframeSet-r12*, <br><br> - when j=0, $P_{O\_PUSCH,c}(0) = P_{O\_UE\_PUSCH,c,2}(0) + P_{O\_NOMINAL\_PUSCH,c,2}(0)$, where j=0 is used for PUSCH (re)transmissions corresponding to a semi-persistent grant. $P_{O\_UE\_PUSCH,c,2}(0)$ and $P_{O\_NOMINAL\_PUSCH,c,2}(0)$ are the parameters *p0-UE-PUSCH-Persistent-SubframeSet2-r12* and *p0-NominalPUSCH-Persistent-SubframeSet2-r12* respectively provided by higher layers, for each serving cell $c$. <br><br> - when j=1, $P_{O\_PUSCH,c}(1) = P_{O\_UE\_PUSCH,c,2}(1) + P_{O\_NOMINAL\_PUSCH,c,2}(1)$, where j=1 is used for PUSCH (re)transmissions corresponding to a dynamic scheduled grant. $P_{O\_UE\_PUSCH,c,2}(1)$ and $P_{O\_NOMINAL\_PUSCH,c,2}(1)$ are the parameters *p0-UE-PUSCH-SubframeSet2-r12* and *p0-NominalPUSCH-SubframeSet2-r12* respectively, provided by higher layers for serving cell $c$. <br><br> Source: (3GPP TS 36.213 version 16.11.0 Release 16); https://www.etsi.org/deliver/etsi_ts/136200_136299/136213/16.11.00_60/ts_136213v161100p.pdf  Page 17 and 18 of 565 |
| **[1.3] when the first effective emission power is less than the specified nominal emission power,** | The Zyxel 4G LTE Networking Products meet this limitation. <br><br> *See e.g.,* <br><br> **4G/LTE - Power Control** |

Claim Chart – Page **12** of **22**

| '476 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | The way the people in this area came out is as follows :<br><br>i) Transmit send a signal to reciever<br>ii) Reciever measure the power of the signal from the transmitter<br>iii) if the measured power is too low, the reciever send a special command saying "increase the power". And if the measured power is too strong, it would send another command saying "decrease the power".<br><br>By this mechanism, the transmitter can change it's output power dynamically. This kind of power control mechanism is often called "Closed Loop Power Control" and the special command being used for power control is called TPC (Transmit Power Control) command. In short, Transmit send something and the reciever send a feedback to the transmitter and the reciever retunes itself by the feedback. This whole process forms a cyclic loop and this kind of control loop is called "Closed Loop" in control system theory.This kind of power control is used in almost all the mobile communication technology (e.g, CDMA, WCDMA, LTE and even in Bluetooth etc). This kind of power control process happens much more frequently than you may think. For example, in WCDMA case it would happen around 1500 times maximum within a second ideally. and in LTE case it can happen maximum 1000 times within a second.<br><br><br><br>External Source: https://www.sharetechnote.com/html/PowerControl_LTE.html |
| **[1.4] deriving a new nominal emission power by adding the difference between** | The Zyxel 4G LTE Networking Products meet this limitation.<br><br>*See e.g.,* |

| '476 Patent, Claim 1 | Examples of Infringement |
|---|---|
| **the first effective emission power and the specified nominal emission power to the specified nominal emission power;** | **5.1.1.1    UE behaviour**<br><br>The setting of the UE Transmit power for a Physical Uplink Shared Channel (PUSCH) transmission is defined as follows.<br><br>If the UE transmits PUSCH without a simultaneous PUCCH for the serving cell $c$, then the UE transmit power $P_{\text{PUSCH},c}(i)$ for PUSCH transmission in subframe/slot/subslot $i$ for the serving cell $c$ is given by<br><br>$$P_{\text{PUSCH,c}}(i) = \min \left\{ \begin{array}{l} P_{\text{CMAX},c}(i), \\ 10\log_{10}(M_{\text{PUSCH,c}}(i)) + P_{\text{O\_PUSCH,c}}(j) + \alpha_c(j) \cdot PL_c + \Delta_{\text{TF,c}}(i) + f_c(i) \end{array} \right\} \text{ [dBm]}$$<br><br>- $\delta_{\text{PUSCH,c}}$ is a correction value, also referred to as a TPC command and is included in PDCCH/EPDCCH with DCI format 0/0A/0B/0C/4/4A/4B or in PDCCH/SPDCCH with DCI format 7-0A/7-0B or in MPDCCH with DCI format 6-0A for serving cell $c$ or jointly coded with other TPC commands in PDCCH/MPDCCH with DCI format 3/3A whose CRC parity bits are scrambled with TPC-PUSCH-RNTI. If the UE is configured with higher layer parameter *UplinkPowerControlDedicated-v12x0* for serving cell $c$ and if subframe $i$ belongs to uplink power control subframe set 2 as indicated by the higher layer parameter *tpc-SubframeSet-r12*, the current PUSCH power control adjustment state for serving cell $c$ is given by $f_{c,2}(i)$, and the UE shall use $f_{c,2}(i)$ instead of $f_c(i)$ to determine $P_{\text{PUSCH,c}}(i)$. Otherwise, the current PUSCH power control adjustment state for serving cell $c$ is given by $f_c(i)$. If the UE is configured with multiple UL SPS configurations, $\delta_{\text{PUSCH,c,x}}$ is a correction value, also referred to as a TPC command and is jointly coded with other TPC commands in PDCCH with DCI format 3/3A whose CRC parity bits are scrambled with TPC-PUSCH-RNTI, where x is *SPS-ConfigIndex-r14*, and $f_{c,2}(i)$ and $f_c(i)$ are replaced by $f_{c,2,x}(i)$ and $f_{c,x}(i)$, respectively.<br><br>- $f_c(i) = f_c(i-1) + \delta_{\text{PUSCH,c}}(i - K_{\text{PUSCH}})$ and $f_{c,2}(i) = f_{c,2}(i-1) + \delta_{\text{PUSCH,c}}(i - K_{\text{PUSCH}})$ if accumulation is enabled based on the parameter *Accumulation-enabled* or *accumulationEnabledsTTI* provided by higher layers or if the TPC command $\delta_{\text{PUSCH,c}}$ is included in a PDCCH/EPDCCH with DCI format 0 or in a MPDCCH with DCI format 6-0A for serving cell $c$ where the CRC is scrambled by the Temporary C-RNTI or PUR-RNTI |

| '476 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | Source: (3GPP TS 36.213 version 16.11.0 Release 16); https://www.etsi.org/deliver/etsi_ts/136200_136299/136213/16.11.00_60/ts_136213v161100p.pdf Page 17 and 20 of 565

**4G/LTE - Power Control**

The way the people in this area came out is as follows :

   i) Transmit send a signal to reciever
   ii) Reciever measure the power of the signal from the transmitter
   iii) if the measured power is too low, the reciever send a special command saying "increase the power". And if the measured power is too strong, it would send another command saying "decrease the power".

By this mechanism, the transmitter can change it's output power dynamically. This kind of power control mechanism is often called "Closed Loop Power Control" and the special command being used for power control is called TPC (Transmit Power Control) command. In short, Transmit send something and the reciever send a feedback to the transmitter and the reciever retunes itself by the feedback. This whole process forms a cyclic loop and this kind of control loop is called "Closed Loop" in control system theory.This kind of power control is used in almost all the mobile communication technology (e.g, CDMA, WCDMA, LTE and even in Bluetooth etc). This kind of power control process happens much more frequently than you may think. For example, in WCDMA case it would happen around 1500 times maximum within a second ideally. and in LTE case it can happen maximum 1000 times within a second.

**PUSCH Power Control**

Refer to 36.213, 5.1 Uplink Power Control if you want to know in very detail.

Now let's look into P_PUSCH(i) first. I will write the equation in my text format for easy typewriting.

$$P\_PUSCH(i) = \min\{P\_CMAX,\ 10\log(M\_PUSCH(i)) + P\_O\_PUSCH(j) + alpha(j)\ PL + Delta\_TF(i) + f(i)\}$$

**i :** Subframe Number
**j :** This can be 0 or 1
**M_PUSCH(i) :** Number of Resource Blocks allocated for the UE
**P_O_PUSCH(j) :** P_O_NOMINAL_PUSCH(j) + P_O_UE_PUSCH(j),
      where P_O_NOMINAL_PUSCH(j) and P_O_UE_PUSCH(j) for j = 0, 1 come from higher layer.
      P_O_NOMINAL_PUSCH(j) come from p0-NominalPUSCH in SIB2
      P_O_UE_PUSCH(j) come from p0-UE-PUSCH (e.g, SIB2,RRC Connection Setup,
                          RRC Connection Reconfig)

External Source: https://www.sharetechnote.com/html/PowerControl_LTE.html |

Claim Chart – Page **15** of **22**

| '476 Patent, Claim 1 | Examples of Infringement |
|---|---|
| **[1.5] retransmitting the data packet with a second effective emission power, the second effective emission power being the new nominal emission power or an emission power deviated from the new nominal emission power due to certain boundary conditions; and** | The Zyxel 4G LTE Networking Products meet this limitation.<br><br>*See e.g.,*<br><br>5.1.1.1    UE behaviour<br><br>The setting of the UE Transmit power for a Physical Uplink Shared Channel (PUSCH) transmission is defined as follows.<br><br>If the UE transmits PUSCH without a simultaneous PUCCH for the serving cell $c$, then the UE transmit power $P_{PUSCH,c}(i)$ for PUSCH transmission in subframe/slot/subslot $i$ for the serving cell $c$ is given by<br><br>$$P_{PUSCH,c}(i) = \min\left\{ \begin{array}{l} P_{CMAX,c}(i), \\ 10\log_{10}(M_{PUSCH,c}(i)) + P_{O\_PUSCH,c}(j) + \alpha_c(j)\cdot PL_c + \Delta_{TF,c}(i) + f_c(i) \end{array} \right\} \text{ [dBm]}$$<br><br>If the UE transmits PUSCH simultaneous with PUCCH for the serving cell $c$, then the UE transmit power $P_{PUSCH,c}(i)$ for the PUSCH transmission in subframe/slot/subslot $i$ for the serving cell $c$ is given by<br><br>$$P_{PUSCH,c}(i) = \min\left\{ \begin{array}{l} 10\log_{10}\left(\hat{P}_{CMAX,c}(i) - \hat{P}_{PUCCH}(i)\right), \\ 10\log_{10}(M_{PUSCH,c}(i)) + P_{O\_PUSCH,c}(j) + \alpha_c(j)\cdot PL_c + \Delta_{TF,c}(i) + f_c(i) \end{array} \right\} \text{ [dBm]}$$ |

Claim Chart – Page **16** of **22**

| '476 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | - If the UE is configured with higher layer parameter *UplinkPowerControlDedicated-v12x0* for serving cell $c$ and if subframe $i$ belongs to uplink power control subframe set 2 as indicated by the higher layer parameter *tpc-SubframeSet-r12*, <br><br> - when j=0, $P_{O\_PUSCH,c}(0) = P_{O\_UE\_PUSCH,c,2}(0) + P_{O\_NOMINAL\_PUSCH,c,2}(0)$, where j=0 is used for PUSCH (re)transmissions corresponding to a semi-persistent grant. $P_{O\_UE\_PUSCH,c,2}(0)$ and $P_{O\_NOMINAL\_PUSCH,c,2}(0)$ are the parameters *p0-UE-PUSCH-Persistent-SubframeSet2-r12* and *p0-NominalPUSCH-Persistent-SubframeSet2-r12* respectively provided by higher layers, for each serving cell $c$. <br><br> - when j=1, $P_{O\_PUSCH,c}(1) = P_{O\_UE\_PUSCH,c,2}(1) + P_{O\_NOMINAL\_PUSCH,c,2}(1)$, where j=1 is used for PUSCH (re)transmissions corresponding to a dynamic scheduled grant. $P_{O\_UE\_PUSCH,c,2}(1)$ and $P_{O\_NOMINAL\_PUSCH,c,2}(1)$ are the parameters *p0-UE-PUSCH-SubframeSet2-r12* and *p0-NominalPUSCH-SubframeSet2-r12* respectively, provided by higher layers for serving cell $c$. <br><br> Source: (3GPP TS 36.213 version 16.11.0 Release 16); https://www.etsi.org/deliver/etsi_ts/136200_136299/136213/16.11.00_60/ts_136213v161100p.pdf Page 17 and 18 of 565 |
| **[1.6] repeating the deriving and retransmitting until the effective applied emission power is equal to the specified nominal emission power; and** | The Zyxel 4G LTE Networking Products meet this limitation. <br><br> *See e.g.,* <br><br> **4G/LTE – Power Control** |

| '476 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | The way the people in this area came out is as follows :<br><br>i) Transmit send a signal to reciever<br>ii) Reciever measure the power of the signal from the transmitter<br>iii) if the measured power is too low, the reciever send a special command saying "increase the power". And if the measured power is too strong, it would send another command saying "decrease the power".<br><br>By this mechanism, the transmitter can change it's output power dynamically. This kind of power control mechanism is often called "Closed Loop Power Control" and the special command being used for power control is called TPC (Transmit Power Control) command. In short, Transmit send something and the reciever send a feedback to the transmitter and the reciever retunes itself by the feedback. This whole process forms a cyclic loop and this kind of control loop is called "Closed Loop" in control system theory.This kind of power control is used in almost all the mobile communication technology (e.g, CDMA, WCDMA, LTE and even in Bluetooth etc). This kind of power control process happens much more frequently than you may think. For example, in WCDMA case it would happen around 1500 times maximum within a second ideally. and in LTE case it can happen maximum 1000 times within a second.<br><br>< Overall Flow for Closed Loop Power Control ><br><br>External Source: https://www.sharetechnote.com/html/PowerControl_LTE.html |

| '476 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | **5.1.1.1   UE behaviour**<br><br>The setting of the UE Transmit power for a Physical Uplink Shared Channel (PUSCH) transmission is defined as follows.<br><br>If the UE transmits PUSCH without a simultaneous PUCCH for the serving cell $c$, then the UE transmit power $P_{\text{PUSCH},c}(i)$ for PUSCH transmission in subframe/slot/subslot $i$ for the serving cell $c$ is given by<br><br>$$P_{\text{PUSCH},c}(i) = \min\begin{cases} P_{\text{CMAX},c}(i), \\ 10\log_{10}(M_{\text{PUSCH},c}(i)) + P_{\text{O\_PUSCH},c}(j) + \alpha_c(j)\cdot PL_c + \Delta_{\text{TF},c}(i) + f_c(i) \end{cases} \text{ [dBm]}$$<br><br>If the UE transmits PUSCH simultaneous with PUCCH for the serving cell $c$, then the UE transmit power $P_{\text{PUSCH},c}(i)$ for the PUSCH transmission in subframe/slot/subslot $i$ for the serving cell $c$ is given by<br><br>$$P_{\text{PUSCH},c}(i) = \min\begin{cases} 10\log_{10}\left(\hat{P}_{\text{CMAX},c}(i) - \hat{P}_{\text{PUCCH}}(i)\right), \\ 10\log_{10}(M_{\text{PUSCH},c}(i)) + P_{\text{O\_PUSCH},c}(j) + \alpha_c(j)\cdot PL_c + \Delta_{\text{TF},c}(i) + f_c(i) \end{cases} \text{ [dBm]}$$<br><br>- If the UE is configured with higher layer parameter *UplinkPowerControlDedicated-v12x0* for serving cell $c$ and if subframe $i$ belongs to uplink power control subframe set 2 as indicated by the higher layer parameter *tpc-SubframeSet-r12*,<br><br>  - when j=0, $P_{\text{O\_PUSCH},c}(0) = P_{\text{O\_UE\_PUSCH},c,2}(0) + P_{\text{O\_NOMINAL\_PUSCH},c,2}(0)$, where j=0 is used for PUSCH (re)transmissions corresponding to a semi-persistent grant. $P_{\text{O\_UE\_PUSCH},c,2}(0)$ and $P_{\text{O\_NOMINAL\_PUSCH},c,2}(0)$ are the parameters *p0-UE-PUSCH-Persistent-SubframeSet2-r12* and *p0-NominalPUSCH-Persistent - SubframeSet2-r12* respectively provided by higher layers, for each serving cell $c$.<br><br>  - when j=1, $P_{\text{O\_PUSCH},c}(1) = P_{\text{O\_UE\_PUSCH},c,2}(1) + P_{\text{O\_NOMINAL\_PUSCH},c,2}(1)$, where j=1 is used for PUSCH (re)transmissions corresponding to a dynamic scheduled grant. $P_{\text{O\_UE\_PUSCH},c,2}(1)$ and $P_{\text{O\_NOMINAL\_PUSCH},c,2}(1)$ are the parameters *p0-UE-PUSCH-SubframeSet2-r12* and *p0-NominalPUSCH-SubframeSet2-r12* respectively, provided by higher layers for serving cell $c$. |

Claim Chart – Page **19** of **22**

| '476 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | Source: (3GPP TS 36.213 version 16.11.0 Release 16); https://www.etsi.org/deliver/etsi_ts/136200_136299/136213/16.11.00_60/ts_136213v161100p.pdf Page 17 and 18 of 565 |
| **[1.7] when the first effective emission power is greater than or equal to the specified nominal emission power, retransmitting the data packet with the specified nominal emission power.** | The Zyxel 4G LTE Networking Products meet this limitation.<br><br>*See e.g.,*<br><br>5.1.1.1    UE behaviour<br><br>The setting of the UE Transmit power for a Physical Uplink Shared Channel (PUSCH) transmission is defined as follows.<br><br>If the UE transmits PUSCH without a simultaneous PUCCH for the serving cell $c$, then the UE transmit power $P_{\text{PUSCH},c}(i)$ for PUSCH transmission in subframe/slot/subslot $i$ for the serving cell $c$ is given by<br><br>$$P_{\text{PUSCH},c}(i) = \min\begin{cases} P_{\text{CMAX},c}(i), \\ 10\log_{10}(M_{\text{PUSCH},c}(i)) + P_{\text{O\_PUSCH},c}(j) + \alpha_c(j)\cdot PL_c + \Delta_{\text{TF},c}(i) + f_c(i) \end{cases} \text{ [dBm]}$$<br><br>If the UE transmits PUSCH simultaneous with PUCCH for the serving cell $c$, then the UE transmit power $P_{\text{PUSCH},c}(i)$ for the PUSCH transmission in subframe/slot/subslot $i$ for the serving cell $c$ is given by<br><br>$$P_{\text{PUSCH},c}(i) = \min\begin{cases} 10\log_{10}\left(\hat{P}_{\text{CMAX},c}(i) - \hat{P}_{\text{PUCCH}}(i)\right), \\ 10\log_{10}(M_{\text{PUSCH},c}(i)) + P_{\text{O\_PUSCH},c}(j) + \alpha_c(j)\cdot PL_c + \Delta_{\text{TF},c}(i) + f_c(i) \end{cases} \text{ [dBm]}$$ |

| '476 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | - $P_{CMAX,c}(i)$ is the configured UE transmit power defined in [6] in subframe/slot/subslot $i$ for serving cell $c$ and $\hat{P}_{CMAX,c}(i)$ is the linear value of $P_{CMAX,c}(i)$. If the UE transmits PUCCH without PUSCH in subframe $i$ for the serving cell c, for the accumulation of TPC command received with DCI format 3/3A for PUSCH, the UE shall assume $P_{CMAX,c}(i)$ as given by Clause 5.1.2.1. If the UE does not transmit PUCCH and PUSCH in subframe $i$ for the serving cell c, for the accumulation of TPC command received with DCI format 3/3A for PUSCH, the UE shall compute $P_{CMAX,c}(i)$ assuming MPR=0dB, A-MPR=0dB, P-MPR=0dB and $\Delta T_C$ =0dB, where MPR, A-MPR, P-MPR and $\Delta T_C$ are defined in [6].<br><br>- If UE has reached $P_{CMAX,c}(i)$ for serving cell $c$, positive TPC commands for serving cell $c$ shall not be accumulated<br><br>- If UE has reached minimum power, negative TPC commands shall not be accumulated<br><br>- If the UE is configured with higher layer parameter *UplinkPowerControlDedicated-v12x0* for serving cell $c$ and if subframe $i$ belongs to uplink power control subframe set 2 as indicated by the higher layer parameter *tpc-SubframeSet-r12*,<br><br>  - when j=0, $P_{O\_PUSCH,c}(0) = P_{O\_UE\_PUSCH,c,2}(0) + P_{O\_NOMINAL\_PUSCH,c,2}(0)$, where j=0 is used for PUSCH (re)transmissions corresponding to a semi-persistent grant. $P_{O\_UE\_PUSCH,c,2}(0)$ and $P_{O\_NOMINAL\_PUSCH,c,2}(0)$ are the parameters *p0-UE-PUSCH-Persistent-SubframeSet2-r12* and *p0-NominalPUSCH-Persistent-SubframeSet2-r12* respectively provided by higher layers, for each serving cell $c$.<br><br>  - when j=1, $P_{O\_PUSCH,c}(1) = P_{O\_UE\_PUSCH,c,2}(1) + P_{O\_NOMINAL\_PUSCH,c,2}(1)$, where j=1 is used for PUSCH (re)transmissions corresponding to a dynamic scheduled grant. $P_{O\_UE\_PUSCH,c,2}(1)$ and $P_{O\_NOMINAL\_PUSCH,c,2}(1)$ are the parameters *p0-UE-PUSCH-SubframeSet2-r12* and *p0-NominalPUSCH-SubframeSet2-r12* respectively, provided by higher layers for serving cell $c$.<br><br><div align="center">Source: (3GPP TS 36.213 version 16.11.0 Release 16);<br>https://www.etsi.org/deliver/etsi_ts/136200_136299/136213/16.11.00_60/ts_136213v161100p.pdf Page 17, 18 and 23 of 565</div><br><div align="center">**4G/LTE – Power Control**</div> |

| '476 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | The way the people in this area came out is as follows :<br><br>i) Transmit send a signal to reciever<br>ii) Reciever measure the power of the signal from the transmitter<br>iii) if the measured power is too low, the reciever send a special command saying "increase the power". And if the measured power is too strong, it would send another command saying "decrease the power".<br><br>By this mechanism, the transmitter can change it's output power dynamically. This kind of power control mechanism is often called "Closed Loop Power Control" and the special command being used for power control is called TPC (Transmit Power Control) command. In short, Transmit send something and the reciever send a feedback to the transmitter and the reciever retunes itself by the feedback. This whole process forms a cyclic loop and this kind of control loop is called "Closed Loop" in control system theory. This kind of power control is used in almost all the mobile communication technology (e.g, CDMA, WCDMA, LTE and even in Bluetooth etc). This kind of power control process happens much more frequently than you may think. For example, in WCDMA case it would happen around 1500 times maximum within a second ideally. and in LTE case it can happen maximum 1000 times within a second.<br><br>**PUSCH Power Control**<br><br>Refer to 36.213, 5.1 Uplink Power Control if you want to know in very detail.<br><br>Now let's look into P_PUSCH(i) first. I will write the equation in my text format for easy typewriting.<br><br>$P\_PUSCH(i) = \min\{P\_CMAX, 10 \log(M\_PUSCH(i)) + P\_O\_PUSCH(j) + alpha(j) PL + Delta\_TF(i) + f(i)\}$<br><br>**i :** Subframe Number<br>**j :** This can be 0 or 1<br>**M_PUSCH(i) :** Number of Resource Blocks allocated for the UE<br>**P_O_PUSCH(j) :** P_O_NOMINAL_PUSCH(j) + P_O_UE_PUSCH(j),<br>where P_O_NOMINAL_PUSCH(j) and P_O_UE_PUSCH(j) for j = 0, 1 come from higher layer.<br>P_O_NOMINAL_PUSCH(j) come from p0-NominalPUSCH in SIB2<br>P_O_UE_PUSCH(j) come from p0-UE-PUSCH (e.g, SIB2,RRC Connection Setup, RRC Connection Reconfig)<br><br>External Source: https://www.sharetechnote.com/html/PowerControl_LTE.html |