# EXHIBIT K

# Claim Chart

# U.S. Patent No. 8,433,326

## Zyxel

# EXHIBIT K

| '326 Patent, Claim 1 | Examples of Infringement |
|---|---|
| **[PRE] A radio network, comprising:** | Zyxel makes, uses (including via testing), sells, offers for sale, and/or imports, Zyxel 802.11ax compatible devices, including, but not limited to, Zyxel NWA50AX - AX1800 4-Stream WiFi 6 Dual-Radio NebulaFlex Access Point, WAX650S,  WAX630S, WAX610D, WAX510D, WAX655E, WAX300H, NWA210AXv2, NWA210AX, NWA110AX,   NWA50AX Pro, NWA90AX,  NWA50AX, NWA90AX, NWA55AXE etc., and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions ("Zyxel WiFi Networking Products"),  provide a radio network. For example, Zyxel WiFi Networking Products, incorporate 802.11ax Wi-Fi technology and perform operations consistent with the IEEE 802.11ax wireless networking standards. The preamble of Claim 1 is not limiting. But to the extent Claim 1's preamble is found to be limiting, Zyxel WiFi Networking Products meet this limitation. *See e.g.,* |

| '326 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | <br><br>Source : https://www.zyxel.com/us/en-us/products/wireless/ax1800-4-stream-wifi-6-dual-radio-nebulaflex-access-point-nwa50ax/overview |

| '326 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | **Benefits**<br><br>**Bringing next generation WiFi within reach**<br>WiFi 6 made tremendous improvement by introducing new technologies, such as orthogonal frequency-division multiple access (ODFMA), and spatial re-use, which is also referred to as Basic Service Set (BSS) coloring. It aims to simultaneously satisfy all requirements from rapidly growing mobile users. Zyxel's NWA50AX is a true WiFi 6 access point which supports essential 11ax functions that delivers faster performance and increased capacity, making the user experience even better.<br><br>Source : (NWA50AX Datasheet); https://download.zyxel.com/NWA50AX/datasheet/NWA50AX_7.pdf  Page 1 and 2 of 4<br><br>**User's Guide**<br>NWA50/90/55 Series<br>802.11a/b/g/n/ac/ax Access Point |

Claim Chart – Page **4** of **21**

| '326 Patent, Claim 1 | Examples of Infringement |
|---|---|
| |  |

| '326 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | Source : (NWA50AX User Guide); https://download.zyxel.com/NWA50AX/user_guide/NWA50AX-UG.pdf  Page 1, 17 & 148 of 3 |
| **[1.1] frequency channels;** | The Zyxel WiFi Networking Products meet this limitation.<br><br>*See e.g.,*<br><br>**Enhanced Air Time Utilization**<br><br>WiFi 6 increases transmission performance in high-density environments, such as a campus or a company office that have multiple client devices using:<br><br>• OFDMA (Orthogonal Frequency-Division Multiple Access) – allows multiple WiFi clients to transmit data simultaneously on a single OFDM symbol by dividing sub-carriers into groups as transmission units called Resource Units (RUs). The AP then allocates RUs to different WiFi clients for data transmissions at the same time.<br><br>Source : (NWA50AX User Guide); https://download.zyxel.com/NWA50AX/user_guide/NWA50AX-UG.pdf  Page 148 of 327<br><br>**Higher allocation hit-rates can reduce latency.**<br><br>Client 1<br>Client 2<br>Client 3<br>Client 4<br>Client 5<br>Client 6 |

| '326 Patent, Claim 1 | Examples of Infringement |
|---|---|
|  | Source : https://web.archive.org/web/20200920044916/https:/www.zyxel.com/WiFi-6-OFDMA.shtml |
| **[1.2] devices transmitting data which use one of the frequency channels for a duration of a data transmission; and** | The Zyxel WiFi Networking Products meet this limitation.<br><br>*See e.g.,*<br><br>**Enhanced Air Time Utilization**<br><br>WiFi 6 increases transmission performance in high-density environments, such as a campus or a company office that have multiple client devices using:<br><br>• OFDMA (Orthogonal Frequency-Division Multiple Access) – allows multiple WiFi clients to transmit data simultaneously on a single OFDM symbol by dividing sub-carriers into groups as transmission units called Resource Units (RUs). The AP then allocates RUs to different WiFi clients for data transmissions at the same time.<br><br>Source : (NWA50AX User Guide); https://download.zyxel.com/NWA50AX/user_guide/NWA50AX-UG.pdf  Page 148 of 327<br><br>**How does WiFi 6 solve the problem?**<br><br>Simply put. OFDMA allows more than one signal to be sent over the same line or channel at the same time. This works by assigning a time-interval to each transmission. This is then used to split the frequency |

| '326 Patent, Claim 1 | Examples of Infringement |
|---|---|
|  |  |

| '326 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | Source: https://web.archive.org/web/20200920044916/https://www.zyxel.com/WiFi-6-OFDMA.shtml<br><br><br><br>Source: https://www.youtube.com/watch?v=6Wj3FrlHU80  at 6:53 of 50:14 |
| **[1.3] a monitoring facility which additionally seizes the used frequency channel during pauses between data transmissions,** | The Zyxel WiFi Networking Products meet this limitation.<br><br>*See e.g.,* |

| '326 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | **Wi-Fi CERTIFIED™ Certificate**<br>This certificate lists the features that have successfully completed Wi-Fi Alliance interoperability testing. Learn more: www.wi-fi.org/certification/programs<br><br>**Certification ID: WFA126044**<br><br>**Product Info**<br><br>Date of Certification — July 27, 2023<br>Company — Zyxel Networks Corporation<br>Product Name — 802.11ax (WiFi 6) Dual-Radio PoE Access Point<br>Product Model Variant — NWA50AX<br>Model Number — NWA90AX<br>Category — Routers<br>Sub-category — Access Point for Home or Small Office (Wireless Router) |

| '326 Patent, Claim 1 | Examples of Infringement |
|---|---|
| |  |

Source : (NWA50AX Wi-Fi Certificate); https://download.zyxel.com/NWA50AX/certification/NWA50AX_001.351-05-00092.pdf

Page 1 and 2 of 3

| '326 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | OFDMA, an uncontended method of accessing and managing channels that has been developed from techniques that are already used in LTE (long-term evolution) cellular communications technology. This approach has thus been proven to work very well in higher-density environments and as it is contention-free, overcomes one of the main and well-known issues with previous generations of WiFi. Simply put. OFDMA allows more than one signal to be sent over the same line or channel at the same time. This works by assigning a time-interval to each transmission. This is then used to split the frequency and allow each transmission or device to take its turn at the assigned interval. This allows multiple users to transmit at the same time but without any contention. While the frequency is effectively split, and transmissions are sent in sequence, it all happens so quickly, it's imperceptible to the user. Source : (WiFi 6 White Paper); https://www.zyxel.com/library/assets/tech-library/whitepaper/wifi6.pdf  Page 4 of 7 |

| '326 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | **Enhanced Air Time Utilization**<br><br>WiFi 6 increases transmission performance in high-density environments, such as a campus or a company office that have multiple client devices using:<br><br>• OFDMA (Orthogonal Frequency-Division Multiple Access) – allows multiple WiFi clients to transmit data simultaneously on a single OFDM symbol by dividing sub-carriers into groups as transmission units called Resource Units (RUs). The AP then allocates RUs to different WiFi clients for data transmissions at the same time.<br><br>• BSS Coloring – tags traffic by Basic Service Set (BSS) and identifies traffic from overlapping BSSs. The AP can ignore traffic of unrelated BSSs and transmit data when a channel is occupied.<br><br>Source : (NWA50AX User Guide); https://download.zyxel.com/NWA50AX/user_guide/NWA50AX-UG.pdf  Page 148 of 327<br><br>As the name suggests, the OFDMA designed for WLAN communication under 802.11ax can be used for deterministic as well as Random Access of transmission or reception. With OFDMA in place, most of the communication is now handled at the AP level. This results in AP taking control of the client's transmission and reception. All this communication is based on trigger frames that AP sends in order to regulate the transmission and reception of OFDMA capable Stations. |

| '326 Patent, Claim 1 | Examples of Infringement |
|---|---|
| |  **Fig 2 OFDMA Deterministic Communication**<br><br>External Source: https://balramdot11b.com/2020/04/26/802-11ax-ofdma/<br><br>**Inter Frame Spaces**<br>After each frame transmission 802.11 protocol require an idle period on the medium called Inter Frame Space (IFS). The length of the IFS is depend on previous frame type, following frame type, access category, coordination function in use & PHY type as well. The purpose of an IFS is both to provide a buffer between frames to avoid interference as well as to add control and to prioritize frame transmissions.<br><br>External Source: https://mrncciew.com/2014/10/12/cwap-802-11-medium-contention/<br><br>**How does WiFi 6 solve the problem?** |

| '326 Patent, Claim 1 | Examples of Infringement |
|---|---|
|  | Simply put. OFDMA allows more than one signal to be sent over the same line or channel at the same time. This works by assigning a time-interval to each transmission. This is then used to split the frequency and allow each transmission or device to take its turn at the assigned interval. This allows multiple users to transmit at the same time but without any contention. While the frequency is effectively split, and transmissions are sent in sequence, it all happens so quickly, it's imperceptible to the user.<br><br>Source : (WiFi 6 White Paper); https://www.zyxel.com/library/assets/tech-library/whitepaper/wifi6.pdf  Page 4 of 7 |

| '326 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | **26.2.4 Updating two NAVs**<br><br>A non-AP HE STA shall maintain two NAVs, and an HE AP may maintain two NAVs: an intra-BSS NAV and a basic NAV. The intra-BSS NAV is updated by an intra-BSS PPDU. The basic NAV is updated by an inter-BSS PPDU or a PPDU that cannot be classified as intra-BSS or inter-BSS. The mechanism by which a PPDU is classified intra-BSS or inter-BSS is defined in 26.2.2.<br><br>Maintaining two NAVs is beneficial in dense deployment scenarios in which a STA requires protection from frames transmitted by STAs within its BSS, i.e., intra-BSS, and wants to avoid interference from frames transmitted by STAs in a neighboring BSS, i.e., inter-BSS. For example, in a TXOP initiated by the AP with which a STA is associated for an HE TB PPDU transmission, the intra-BSS NAV of the STA is set by the AP to prevent the STA from contending for the channel. The basic NAV of the STA is not updated by transmissions from the AP during the TXOP so that if the basic NAV of the STA is nonzero and the STA receives, from the AP, a Trigger frame with the CS Required subfield equal to 1, the STA will not respond (see 26.5.2.5).<br><br>The requirements in 10.3.2.1 apply to an HE STA maintaining two NAVs, with the exception of the virtual CS indication of medium. For an HE STA maintaining two NAVs, if both the NAV timers are 0, the virtual CS indication is that the medium is idle; if at least one of the two NAV timers is nonzero, the virtual CS indication is that the medium is busy.<br><br>Source: (IEEE Std 802.11ax™-2021) Page 315 of 767 |
| **[1.4] wherein the monitoring facility is configured to monitor the used frequency channel for an attempted seizure by a device which** | The Zyxel WiFi Networking Products meet this limitation.<br><br>*See e.g.,* |

| '326 Patent, Claim 1 | Examples of Infringement |
|---|---|
| **does not belong to the radio network and** | **Enhanced Air Time Utilization**<br><br>WiFi 6 increases transmission performance in high-density environments, such as a campus or a company office that have multiple client devices using:<br><br>• OFDMA (Orthogonal Frequency-Division Multiple Access) – allows multiple WiFi clients to transmit data simultaneously on a single OFDM symbol by dividing sub-carriers into groups as transmission units called Resource Units (RUs). The AP then allocates RUs to different WiFi clients for data transmissions at the same time.<br><br>• BSS Coloring – tags traffic by Basic Service Set (BSS) and identifies traffic from overlapping BSSs. The AP can ignore traffic of unrelated BSSs and transmit data when a channel is occupied.<br><br>Source :  (NWA50AX User Guide); https://download.zyxel.com/NWA50AX/user_guide/NWA50AX-UG.pdf<br>Page 148 of 327<br><br>In this method, a colour is assigned to each basic service set (BSS) or type of transmission. If the same kind of service is trying to transmit on the same channel at the same time, this can cause a high level of interference. By using colour identifiers, transmissions of the same kind emanating from different access points can be kept apart, thus avoiding co-channel interference (shown in figure 2). This allows multiple access points to be used in the same vicinity and without having to wait for space to become available on that channel. |

| '326 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | Source : (WiFi 6 White Paper); (https://www.zyxel.com/library/assets/tech-library/whitepaper/wifi6.pdf  Page 5 of 7 <br><br> <br><br> Source : https://web.archive.org/web/20201021224127/https://www.zyxel.com/WiFi-6-More-Than-OFDMA-and-MU-MIMO.shtml |

| '326 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | |
| **[1.5] to perform an additional seizure of the frequency channel as a function of a detection of the attempted seizure by the device which does not belong to the radio network** | The Zyxel WiFi Networking Products meet this limitation.<br><br>*See e.g.,*<br><br>**Enhanced Air Time Utilization**<br><br>WiFi 6 increases transmission performance in high-density environments, such as a campus or a company office that have multiple client devices using:<br><br>• OFDMA (Orthogonal Frequency-Division Multiple Access) – allows multiple WiFi clients to transmit data simultaneously on a single OFDM symbol by dividing sub-carriers into groups as transmission units called Resource Units (RUs). The AP then allocates RUs to different WiFi clients for data transmissions at the same time.<br><br>• BSS Coloring – tags traffic by Basic Service Set (BSS) and identifies traffic from overlapping BSSs. The AP can ignore traffic of unrelated BSSs and transmit data when a channel is occupied.<br><br>Source : (NWA50AX User Guide); https://download.zyxel.com/NWA50AX/user_guide/NWA50AX-UG.pdf<br>Page 148 of 327 |

| '326 Patent, Claim 1 | Examples of Infringement |
|---|---|
| | In this method, a colour is assigned to each basic service set (BSS) or type of transmission. If the same kind of service is trying to transmit on the same channel at the same time, this can cause a high level of interference. By using colour identifiers, transmissions of the same kind emanating from different access points can be kept apart, thus avoiding co-channel interference (shown in figure 2). This allows multiple access points to be used in the same vicinity and without having to wait for space to become available on that channel.<br><br>Source : (WiFi 6 White Paper); https://www.zyxel.com/library/assets/tech-library/whitepaper/wifi6.pdf  Page 5 of 7 |

| '326 Patent, Claim 1 | Examples of Infringement |
|---|---|
|  | **2.1. Concept of BSS Color**<br><br>The concept of "BSS Color" was originally from IEEE 802.11ah, a sub-GHz band WiFi standard for IoT applications. The WiFi 6 defines 6 bits to identify the BSS with different colors, which means that there are a maximum of 63 BSS colors to identify.<br><br>With the identifier, the BSSs can operate on the same channel with different "colors" or "no color" to behave as "competitors". They follow the most stringent rule, CS-CCA = -82 dBm@20 MHz, to compete for the air time.<br><br>On the other hand, BSSs operating on the same channel with the same "BSS Color" become "allies" and follow the loosened rule, CS-CCA = -62 dBm@20 MHz, to compete with each other.<br><br>The well-organized BSS operating channels with the effective geometry of installations and assignments of colors can significantly improve the deployment density of WiFi BSSs as well as network performance in the area.<br><br>**2.2 Concept of OBSS-PD**<br><br>"CS-CCA" is the standard-defined restriction for high-density deployment of BSSs. In addition to CS-CCA, the WiFi device's transmission power is one of other factors. OBSS-PD utilizing TPC (Transmission Power Control) and DSC (Dynamic Sensitivity Control, CS-CCA in the range of -62 ~ -82 dBm@20 MHz) can further optimize the network performance in an area with high-density deployment.<br><br>Source : https://web.archive.org/web/20201021224127/https://www.zyxel.com/WiFi-6-More-Than-OFDMA-and-MU-MIMO.shtml |