# EXHIBIT L

# Claim Chart

# U.S. Patent No. 9,069,053

## Zyxel

# EXHIBIT L

**Claim 1**

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
| **[PRE]** A method for computer-supported processing of measurements of features of a radio network including a plurality of base stations, one or more mobile objects, and a plurality of evaluation units the method comprising for a respective mobile object: | Zyxel makes, uses (including via testing), sells, offers for sale, and/or imports, Zyxel MPro Mesh Solutions compatible devices, including, but not limited to, Zyxel WX5610-B0 AX7800, PE6601, EE6601, WE4400, NR5307, Broadband CPE Ethernet (EE6601-00, EX7501-B0, EX5601-T0, EX5601-T1, EX3501-T0), Broadband CPE Ethernet Gateway (EX5600-T1, EX3600-T0, EX3500-T0, EX3300-T0), Broadband CPE WiFi Extender (WE4400-00), DSL CPE VDSL IAD (DX5401-B0, DX3301-T0, VMG8825-T50K, VMG8623-T50B), VDSL Gateway (DX3300-T0, VMG3927-T50K, VMG3625-T50B), Ethernet CPE IAD (EX5501-B0, EX5401-B0, EX3301-T0, EMG5723-T50K, EMG5523-T50B), Ethernet CPE gateways (EMG3525-T50B), Network Extenders (WX3401-B0, WX3100-T0, WAP6807, WX3310-B Series), Wireless Extenders (WE3300-00, WE1300-00, WE4600-00, WX5600-T0, WE3100-00),XGS PON ONTs (AX7501-B0), XGS-PON VoIP Gateway (PE5301-01), Indoor Router (NR5103), Ethernet gateways (EE3300-00, EE4410-00, EE6510-10, EX7710-B0, EX5512-T0, EX3510-T0), Residential Bonding gateways (DX4510-B1, DE1301-00), HGU (AX7501-B1, PE3301-00, PE3101-00, PX5302-00, PX5301-T0), etc., and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions ("Zyxel MPro Mesh Solutions Products"), perform a method for computer-supported processing of measurements of features of a radio network including a plurality of base stations, one or more mobile objects, and a plurality of evaluation units the method comprising for a respective mobile object of Claim 1.<br><br>For example, Zyxel MPro Mesh Solutions Products, incorporate MPro Mesh Solutions and performs operations consistent with IEEE 802.11 standards.<br><br>The preamble of Claim 1 is not limiting. But to the extent Claim 1's preamble is found to be limiting, Zyxel MPro Mesh Solutions Products meet this limitation.<br><br>*See e.g.,* |

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
| | <br><br>Source : https://www.zyxel.com/service-provider/na/en/mpro-mesh-solutions |

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
| |  |

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
| | ### 1.2.2 Network Controller<br><br>To set up a Mesh network, you need a router or an AP that can function as a controller. A controller manages and coordinates WiFi activity in a network.<br><br>A controller also manages the SSIDs and passwords on all APs in a network (auto-configuration). For example, if you change the SSID on the controller, the SSID of each AP in the network will also change.<br><br><br><br>**Figure 6** Mesh Application<br><br>Table 3   Icons Used in Mesh Application<br><br>ICON / DESCRIPTION:<br>C — Router Controller (the DX5301-B0 in Scenario 1, see Section 4.3.1 on page 38) or AP controller (the first WX Device in Scenario 2, see Section 4.3.2 on page 43)<br>AP — Access Point<br>RP — Repeater<br>C1 — Client1<br>C2 — Client2<br>APC — Access Point coverage area<br>RPC — Repeater coverage area<br><br>Source : (WX5610-B0 Users Guide); |

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
| | https://spdl.zyxel.com/WX5610-B0/user_guide/WX5610-B0_V5.17-5.70_Ed4.pdf  Page 15, 16 and 17 of 199<br><br>**4.1   Multi-AP architecture**<br><br>A Multi-AP network consists of two types of logical entities:<br><br>• One Multi-AP Controller and<br>• One or more Multi-AP Agents<br><br>A Multi-AP Controller is a logical entity in a Multi-AP network that implements logic for controlling the Fronthaul APs and backhaul links in the Multi-AP network. A single Multi-AP Controller is supported for a given Multi-AP network. A Multi-AP Controller receives measurements and capability data for Fronthaul APs, clients and backhaul links from the Multi-AP Agents and triggers AP control related commands and operations on the Multi-AP Agents. A Multi-AP Controller also provides onboarding functionality to onboard and provision Multi-AP devices onto the Multi-AP network.<br><br>A Multi-AP Agent is a logical entity that executes the commands received from the Multi-AP Controller, and reports measurements and capabilities data for Fronthaul APs, clients and backhaul links to a Multi-AP Controller and/or to other Multi-AP Agents. A Multi-AP Agent interfaces with Wi-Fi sub-systems for Fronthaul APs and backhaul STA on the Multi-AP device to get measurements and capabilities data, apply configuration changes and execute AP control functions. |

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
| | <br>Figure 3. Multi-AP example deployment 3<br><br>Source : (Wi-Fi EasyMesh Specification);<br>https://www.scribd.com/document/862005761/Wi-Fi-EasyMesh-Specification-v6-0 Page 21 and 24 of 215 |

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
| | Source : https://www.zyxel.com/service-provider/sites/default/files/2024-03/WiFi-7-Product-sheet-V3.pdf Page 1 of 1 |

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
| | |

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
| | |

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
|  | |

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
| | |

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
| | <br><br>Source : https://www.zyxel.com/service-provider/sites/default/files/2024-02/qsg_broadband_cpe_emea_240201_a4.pdf Page 4, 5, 6 and 7 of 16 |

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
| | |

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
| | |

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
| | |

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
| | |

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
| | <br><br>Source : https://service-provider.zyxel.com/mwc-collateral/product_portfolio_2022_5-000-00022004_eu_220111.pdf Page 1 of 2 |

Claim Chart – Page **18** of **44**

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
| |  |

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
| | Source : https://www.zyxel.com/service-provider/na/en/products/ethernet-cpe/ethernet-gateways<br><br>EE6510-10<br><br>**Tri-Band Wireless BE18000 10G Ethernet Gateway**<br><br>The Zyxel EE6510-10 Tri-Band Wireless BE18000 10G Ethernet Gateway leverages wireless 802.11be technology for optimized bandwidth utilization and increased network capacity. With ultra-fast connectivity, users experience improved performance and low latency. Equipped with dual 10G internet ports, the EE6510-10 provides flexibility and seamless wireless experiences, all within a compact footprint.<br><br>The EE6510-10 has been BBF.369 certified, enabling secure, real-time management and scalable, interoperable services.<br><br>USP Certified<br><br>OpenSync CERTIFIED<br><br>**Premium MPro Mesh™ for whole-home Wi-Fi coverage**<br><br>Featuring EasyMesh fully compliant Zyxel MPro Mesh™ Solutions, the EE6510-10 enhances the user's experience by providing your subscribers superior Wi-Fi experiences with an easy-to-setup, intuitive mobile app on all devices anywhere, anytime.<br><br>Source : https://www.zyxel.com/service-provider/na/en/products/ethernet-cpe/ethernet-gateways/ee6510-10 |

Claim Chart – Page **20** of **44**

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
| --- | --- |
| | **EX3510-B0**<br>AX5700 WiFi 6 Gigabit Ethernet Gateway<br><br>The Zyxel EX3510-B0 AX5700 WiFi 6 Gigabit Ethernet Gateway supports the latest dual-band wireless WiFi 6 (11AX) technology for optimized bandwidth utilization to increase network capacity and the number of simultaneous streams, which allow more subscribers to enjoy superior connectivity with extremely low latency.<br><br>WiFi 6 (11AX) for superior performance and coverage<br><br>Supports uplink/downlink MU-MIMO for increased network capacity<br><br>Supports OFDMA for maximized network efficiency<br><br>**Benefits**<br><br>**Lightning-fast next-generation technology**<br>The Zyxel EX3510-B0 supports the WiFi 6 (11AX) standard to offer lightning-fast throughputs of up to 5700 Mbps*. The performance enables operators to provide UHD 4K/8K services to subscribers and hybrid high-throughput applications in homes for a true IoT lifestyle.<br><br>Zyxel MPro Mesh™ solution (compliant with EasyMesh standards)<br><br>Source : https://www.winncom.com/pdf/Zyxel_EX3510_B0/Zyxel_EX3510-B0_DS.pdf Page 1 of 4<br><br>**WX3310-B Series**<br>AX5400 WiFi 6 Gigabit Wireless Extender<br><br>The Zyxel WX3310-B Series AX5400 WiFi 6 Gigabit Wireless Extender enables carrier-grade performance. As a key component of the Zyxel MPro Mesh™ Solutions, the WX3310-B Series delivers smooth data streaming and seamless roaming for whole-home WiFi coverage.<br><br>WiFi 6 (11ax) 4x4+2x2 for superior performance and coverage<br><br>Zyxel MPro Mesh™ Solutions (compliant with EasyMesh standards)<br><br>**Benefits**<br><br>Source : https://telecomcauliffe.com/wp-content/uploads/2026/05/WX3310-B1_Datasheet.pdf Page 1 of 4 |

Claim Chart – Page **21** of **44**

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
| | <br><br>Source : https://www.zyxel.com/service-provider/na/en/products/dsl-cpe/vdsl/residential-bonding-gateways<br><br>Source : https://www.zyxel.com/service-provider/emea/en/products/dsl-cpe/vdsl/residential-bonding-gateways |

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
| |  Source : https://www.zyxel.com/service-provider/global/en/products/fiber-oltsonts/xgs-pon<br><br>Source : https://www.zyxel.com/service-provider/global/en/products/fiber-oltsonts/10g-active-fiber/hgus |

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
|  |  Source : https://www.zyxel.com/service-provider/global/en/products/fiber-oltsonts/gpon/hgus |

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
|  | PX5302-00<br><br>**Dual-Band Wireless AX3000 2.5G PON VoIP Gateway with RF Overlay**<br><br>The Zyxel PX5302-00 Dual-Band Wireless AX3000 2.5G PON VoIP Gateway with RF Overlay enables service providers to upgrade from GPON to higher 2.5G asymmetrical speeds, addressing growing bandwidth demands. Compliant with Wi-Fi 6 (11ax), the PX5302-00 provides superior Wi-Fi service for all devices across the home.<br><br>Gigabit fiber        Wi-Fi 6 Dual-band AX3000        160 MHz in 5 GHz<br><br>**Premium MPro Mesh® for whole-home coverage**<br><br>Featuring EasyMesh fully compliant Zyxel MPro Mesh® Solutions**, the PX5302-00 enhances your subscribers' experience by providing self-adapting, easy-to-manage whole-home Wi-Fi coverage, while reducing your service OPEX.<br><br>Source : https://www.zyxel.com/service-provider/global/en/products/fiber-oltsonts/gpon/hgus/px5302-00 |

Claim Chart – Page **25** of **44**

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
| | <br><br>Source : https://www.zyxel.com/service-provider/global/en/products/fiber-oltsonts/gpon/hgus/px5301-t0 |

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
| |  |

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
| | Source : https://www.zyxel.com/service-provider/apac/en/products/wireless-extenders |
| **[1.1]** selecting from the plurality of base stations a particular base station currently within radio range of the respective mobile object, said radio range of the respective mobile object providing at least one of reception of field transmitted by the respective mobile object at the selected base station and reception of a field transmitted by the selected base station at the respective mobile object; | The Zyxel MPro Mesh Solutions Products meet this limitation. *See e.g.,* <br><br>### 1.2.1  AP Steering and Band Steering <br><br>Zyxel MPro Mesh supports AP steering and Band steering. <br><br>• AP steering allows WiFi clients to roam seamlessly between Mesh supported devices in your Mesh network by using the same SSID and WiFi password. Also, AP steering helps monitor WiFi clients and drop their connections to optimize the WX Device bandwidth when the clients are idle or have a low signal. When a WiFi client is dropped, it has the opportunity to reconnect to a Mesh AP with a strong signal. <br><br>**Figure 4**   AP Steering Application |

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
| --- | --- |
| | Source : (WX5610-B0 Users Guide); https://spdl.zyxel.com/WX5610-B0/user_guide/WX5610-B0_V5.17-5.70_Ed4.pdf  Page 15 of 199 <br><br> <br> and steer subscribers to the best AP <br><br> Source : https://www.youtube.com/watch?v=rgNFS0AQg8c  at 1:05 of 1:56 <br><br> **PSC Channel (In-Band Discovery)** <br><br> PSCs (Preferred Scanning Channels) are dedicated channels for WiFi 6E clients to send probe requests on to discover a compatible AP, instead of scanning the entire 6 GHz band. In this way, WiFi 6E clients are able to efficiently discover and connect to the AP within the 6 GHz band. |

Claim Chart – Page **29** of **44**

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
| | **Active Scanning**<br><br>Another mode of wireless network discovery is active scanning. In this method, client devices desiring to join the wireless network transmit management frames called probe requests. These management frames contain the SSID of the wireless network to which the client devices desire to connect. If the client device does not know the SSID of the wireless network, it sends a probe request without specifying any value in the SSID field, which is a null SSID or wildcard SSID.<br><br>A probe request containing SSID information is known as directed probe request where as a probe request that does not contain an SSID value is known as null probe request. Access points continuously listen for the directed probe requests and if they find the probe request with the same SSID that the AP has, then the AP provides the probe response frame to the client device. The probe response frame stores all the information that the beacon frame contains except the Traffic Indication Map (TIM) field. It helps client device to find the required parameters before joining any wireless network. If multiple APs provide probe responses, then the client device chooses the AP with the best signal strength. If the client device sends the null probe request, then all the APs that hear the probe request should provide their probe response because the received probe request was not dedicated to any specific SSID. |

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
| | The following figure represents the active scanning in which the probe request and probe response frames are exchanged between the client device and the AP.<br><br><br><br>External Source : https://www.cwnp.com/802.11-mac-series-ndash-basics-mac-architecture-ndash-part-3/ |
| [1.2] associating the selected base station with the respective mobile device; | The Zyxel MPro Mesh Solutions Products meet this limitation.<br><br>*See e.g.,*<br><br>**6.3    Client association and disassociation notification**<br><br>This specification extends the 1905 Topology Notification message to allow other Multi-AP Agents to learn of client (re)association and disassociation events quickly.<br><br>If a Wi-Fi client joins or leaves a BSS on a Multi-AP device, the Multi-AP Agent shall include a Client Association Event TLV in the 1905 Topology Notification message per section 17.1.5. If the client is associated as a MLD, the Multi-AP Agent shall set the Client_MAC_Addr and AP_MAC_Addr fields in the Client Association Event TLV to the MAC Address of the Client MLD and AP MLD respectively. |

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
|  | Source : (Wi-Fi EasyMesh Specification); https://www.scribd.com/document/862005761/Wi-Fi-EasyMesh-Specification-v6-0  Page 62 of 215<br><br>**1.2.1  AP Steering and Band Steering**<br><br>Zyxel MPro Mesh supports AP steering and Band steering.<br><br>• AP steering allows WiFi clients to roam seamlessly between Mesh supported devices in your Mesh network by using the same SSID and WiFi password. Also, AP steering helps monitor WiFi clients and drop their connections to optimize the WX Device bandwidth when the clients are idle or have a low signal. When a WiFi client is dropped, it has the opportunity to reconnect to a Mesh AP with a strong signal.<br><br>Source : (WX5610-B0 Users Guide);<br>https://spdl.zyxel.com/WX5610-B0/user_guide/WX5610-B0_V5.17-5.70_Ed4.pdf  Page 15 of 199<br><br><br><br>and steer subscribers to the best AP<br><br>Source : https://www.youtube.com/watch?v=rgNFS0AQg8c  at 1:05 of 1:56 |

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
| **[1.3]** as a result of associating the selected base station with the respective mobile device: | The Zyxel MPro Mesh Solutions Products meet this limitation.<br><br>*See e.g.,*<br><br>### 6.3   Client association and disassociation notification<br><br>This specification extends the 1905 Topology Notification message to allow other Multi-AP Agents to learn of client (re)association and disassociation events quickly.<br><br>If a Wi-Fi client joins or leaves a BSS on a Multi-AP device, the Multi-AP Agent shall include a Client Association Event TLV in the 1905 Topology Notification message per section 17.1.5. If the client is associated as a MLD, the Multi-AP Agent shall set the Client_MAC_Addr and AP_MAC_Addr fields in the Client Association Event TLV to the MAC Address of the Client MLD and AP MLD respectively.<br><br>Source : (Wi-Fi EasyMesh Specification); https://www.scribd.com/document/862005761/Wi-Fi-EasyMesh-Specification-v6-0  Page 62 of 215<br><br>### 1.2.1  AP Steering and Band Steering<br><br>Zyxel MPro Mesh supports AP steering and Band steering.<br><br>• AP steering allows WiFi clients to roam seamlessly between Mesh supported devices in your Mesh network by using the same SSID and WiFi password. Also, AP steering helps monitor WiFi clients and drop their connections to optimize the WX Device bandwidth when the clients are idle or have a low signal. When a WiFi client is dropped, it has the opportunity to reconnect to a Mesh AP with a strong signal.<br><br>Source : (WX5610-B0 Users Guide);<br>https://spdl.zyxel.com/WX5610-B0/user_guide/WX5610-B0_V5.17-5.70_Ed4.pdf  Page 15 of 199 |

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
| | <br><br>Source : https://www.youtube.com/watch?v=rgNFS0AQg8c at 1:05 of 1:56 |
| **[1.4]** accessing, by the selected base station, a neighborhood list for the selected base station that lists one or more other base stations of the plurality of base stations as neighboring base stations with | The Zyxel MPro Mesh Solutions Products meet this limitation.<br><br>*See e.g.,*<br><br>If the Multi-AP Controller receives a BSS Configuration Result message, it shall:<br>• send an Agent List message to the newly onboarded Enrollee Multi-AP Agent and all the other existing Multi-AP Agents<br>• include the Agent List TLV with the list of all the Multi-AP Agents that are part of the Multi-AP network (including the newly enrolled Multi-AP Agent itself)<br>• set the Multi-AP Profile field in the Agent List TLV to the value of the Multi-AP Profile field of the Multi-AP Profile TLV received from each Multi-AP Agent (If the Multi-AP Profile field is not received, set to Profile-1)<br>• set the Security field in the Agent List TLV to 1905 Security enabled for all Multi-AP Profile-3 devices onboarded with DPP Onboarding, and set the Security field to 1905 Security not enabled otherwise. |

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
| respect to the selected base station; | <br><br> | Message type | Protocol | Value | Transmission type | Relay indicator field | Use CMDU Reliable Multicast? | Description |<br>|---|---|---|---|---|---|---|<br>| Agent List message | DPP onboarding | 0x8035 | Unicast | 0 | 0 | A message listing all Multi-AP Agents in the network. |<br><br>Figure 3. Multi-AP example deployment 3<br><br>Source : (Wi-Fi EasyMesh Specification); https://www.scribd.com/document/862005761/Wi-Fi-EasyMesh-Specification-v6-0  Page 24, 55 and 105 of 215 |
| [1.5] informing, by the selected base station, each of the | The Zyxel MPro Mesh Solutions Products meet this limitation. <br><br> *See e.g.,* |

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
| neighboring base stations listed in the accessed neighborhood list of the association between the selected base station and the respective mobile device; | If the Multi-AP Controller receives a BSS Configuration Result message, it shall:<br><br>• send an Agent List message to the newly onboarded Enrollee Multi-AP Agent and all the other existing Multi-AP Agents<br>• include the Agent List TLV with the list of all the Multi-AP Agents that are part of the Multi-AP network (including the newly enrolled Multi-AP Agent itself)<br>• set the Multi-AP Profile field in the Agent List TLV to the value of the Multi-AP Profile field of the Multi-AP Profile TLV received from each Multi-AP Agent (If the Multi-AP Profile field is not received, set to Profile-1)<br>• set the Security field in the Agent List TLV to 1905 Security enabled for all Multi-AP Profile-3 devices onboarded with DPP Onboarding, and set the Security field to 1905 Security not enabled otherwise.<br><br>_(table)_<br><br>**6.3  Client association and disassociation notification**<br><br>This specification extends the 1905 Topology Notification message to allow other Multi-AP Agents to learn of client (re)association and disassociation events quickly.<br><br>If a Wi-Fi client joins or leaves a BSS on a Multi-AP device, the Multi-AP Agent shall include a Client Association Event TLV in the 1905 Topology Notification message per section 17.1.5. If the client is associated as a MLD, the Multi-AP Agent shall set the Client_MAC_Addr and AP_MAC_Addr fields in the Client Association Event TLV to the MAC Address of the Client MLD and AP MLD respectively.<br><br>**Table 21.  Message types**<br><br>_(table)_ |

| Message type | Protocol | Value | Transmission type | Relay indicator field | Use CMDU Reliable Multicast? | Description |
|---|---|---|---|---|---|---|
| Agent List message | DPP onboarding | 0x8035 | Unicast | 0 | 0 | A message listing all Multi-AP Agents in the network. |

**Table 21.  Message types**

| Message type | Protocol | Value | Transmission type | Relay indicator field | Use CMDU Reliable Multicast? | Description |
|---|---|---|---|---|---|---|
| 1905 Topology Notification message | Topology discovery | 0x0001 | Reliable multicast | See section 15.1 | Yes | A message to notify that a device's 1905 topology entries have changed. |

Claim Chart – Page **36** of **44**

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
| | **17.2.20 Client Association Event TLV**<br><br>Table 42 provides the definition for the Client Association Event TLV.<br><br>**Table 42.  Client Association Event TLV**<br><br>| Field / Name | Length | Value | Description |<br>|---|---|---|---|<br>| tlvType | 1 octet | 0x92 | Client Association Event TLV. |<br>| tlvLength | 2 octets | 13 | Number of octets in ensuing field. |<br>| tlvValue | | | |<br>| STA_MAC | 6 octets | Any EUI-48 value | If a MLD, the MAC Address of the Client MLD, otherwise. the MAC address of the client. |<br>| AP_MAC | 6 octets | Any EUI-48 value | If a MLD, the MAC Address of the AP MLD, otherwise the BSSID of the BSS operated by the Multi-AP Agent for which the event has occurred. |<br>| AssociationType | bit 7 | 1: Client has joined the BSS<br>0: Client has left the BSS | Association event type. |<br>| | bits 6-0 | 0 | Reserved. |<br><br>Source : (Wi-Fi EasyMesh Specification); https://www.scribd.com/document/862005761/Wi-Fi-EasyMesh-Specification-v6-0  Page 55, 105, 62, 102 and 131 of 215 |
| **[1.6]** receiving, at a particular evaluation unit assigned to the selected base station, from the selected base station and from each of the | The Zyxel MPro Mesh Solutions Products meet this limitation.<br><br>*See e.g.,* |

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
| neighboring base stations of the selected base station, measurements taken by the neighboring base stations regarding a feature of the field transmitted by the respective mobile object and | **4.1   Multi-AP architecture**<br><br>A Multi-AP network consists of two types of logical entities:<br><br>• One Multi-AP Controller and<br>• One or more Multi-AP Agents<br><br>A Multi-AP Controller is a logical entity in a Multi-AP network that implements logic for controlling the Fronthaul APs and backhaul links in the Multi-AP network. A single Multi-AP Controller is supported for a given Multi-AP network. A Multi-AP Controller receives measurements and capability data for Fronthaul APs, clients and backhaul links from the Multi-AP Agents and triggers AP control related commands and operations on the Multi-AP Agents. A Multi-AP Controller also provides onboarding functionality to onboard and provision Multi-AP devices onto the Multi-AP network.<br><br>A Multi-AP Agent is a logical entity that executes the commands received from the Multi-AP Controller, and reports measurements and capabilities data for Fronthaul APs, clients and backhaul links to a Multi-AP Controller and/or to other Multi-AP Agents. A Multi-AP Agent interfaces with Wi-Fi sub-systems for Fronthaul APs and backhaul STA on the Multi-AP device to get measurements and capabilities data, apply configuration changes and execute AP control functions. |

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
| |  Figure 3. Multi-AP example deployment 3<br><br>Source : (Wi-Fi EasyMesh Specification); https://www.scribd.com/document/862005761/Wi-Fi-EasyMesh-Specification-v6-0 Page 21 and 24 of 215 |

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
| | Figure 6  Mesh Application<br><br><br><br>Source : (WX5610-B0 Users Guide);<br>https://spdl.zyxel.com/WX5610-B0/user_guide/WX5610-B0_V5.17-5.70_Ed4.pdf  Page 16 of 199 |

Claim Chart – Page **40** of **44**

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
| | **10.3.2  Unassociated STA RCPI measurements from the AP** |
| | This subsection defines the protocol for a Multi-AP Agent to report uplink RCPI for unassociated STAs. |
| | If triggered, a Multi-AP Controller and Multi-AP Agent shall send an Unassociated STA Link Metrics Query message per section 17.1.20 to a Multi-AP Agent. |
| | A Multi-AP Controller and Multi-AP Agent shall not send an Unassociated STA Link Metrics Query message to a Multi-AP Agent that does not indicate support for Unassociated STA Link Metrics in the AP Capability TLV. |
| | If a Multi-AP Agent that indicates support for Unassociated STA Link Metrics receives an Unassociated STA Link Metrics Query message, it shall respond within one second with a 1905 Ack message and attempt to measure the uplink RCPI for the specified STAs. If any of the STAs specified in the Unassociated STA Link Metrics Query message is associated with any BSS operated by the Multi-AP Agent (an error scenario), for each of those associated STAs, the Multi-AP Agent shall include an Error Code TLV with the Reason_Code field set to 0x01 and the STA MAC address field included per section 17.2.36 in the 1905 Ack message. A Multi-AP Agent shall attempt RCPI measurement on the current operating channel(s) of its radio(s) and, if it indicated support with the Off-Channel Unassociated STA Link Metrics bit in the AP Capability TLV, shall attempt RCPI measurement on the other channels and Operating Classes specified in the query. When a Multi-AP Agent measures RCPI values for unassociated STA link metric reporting, these values may be averaged over time using an implementation-specific smoothing function. |
| | If the Multi-AP Agent has collected one or more uplink RCPI measurements, it shall send an Unassociated STA Link Metrics Response message per section 17.1.21. A Multi-AP Agent may send the uplink RCPI measurements in one or more Unassociated STA Link Metrics Response messages immediately after some of the measurements become available or may bundle into a single Unassociated STA Link Metrics Response message. If the Multi-AP Agent cannot obtain any RCPI measurements on all of the STAs specified in the Unassociated STA Link Metrics Query message after some implementation-specific timeout, the Multi-AP Agent shall set the number of STAs included field in the Unassociated STA Link Metrics Response message to zero per section 17.2.26. |
| | If a Multi-AP Controller receives an Unassociated STA Link Metrics Response message, then it shall respond within one second with a 1905 Ack message. |

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
| |

Figure 3. Multi-AP example deployment 3

**17.2.26 Unassociated STA Link Metrics Response TLV**

Table 48 provides the definition for the Unassociated STA Link Metrics Response TLV.

**Table 48.  Unassociated STA Link Metrics Response TLV**

| Field / Name | Length | Value | Description |
|---|---|---|---|
| Channel | 1 octet | Variable | A single channel number in Operating Class on which the RCPI measurement for STA was made. Channel numbering is dependent on Operating Class according to Table E-4 of [1] [17]. |
| Time_Delta | 4 octets | Variable | The time delta in ms between the time at which the RCPI for STA was measured, and the time at which this report was sent. |
| RCPI | 1 octet | Variable 0 – 220: RCPI (encoded per Table 9-176 of [1]). 221 - 255: Reserved. | Uplink RCPI for STA. |
| | | The above 4 fields are present Num_STA times (if Num_STA = 0, these fields are omitted). | |

Source : (Wi-Fi EasyMesh Specification); |

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
|---|---|
| | https://www.scribd.com/document/862005761/Wi-Fi-EasyMesh-Specification-v6-0 Page 24, 83, 134 and 135 of 215 |
| **[1.7]** evaluating, by the particular evaluation unit assigned to the selected base station, the measurements received from the selected base station and from each of the neighboring base stations of the selected base station. | The Zyxel MPro Mesh Solutions Products meet this limitation.<br><br>*See e.g.,*<br><br>**4.1  Multi-AP architecture**<br><br>A Multi-AP network consists of two types of logical entities:<br><br>• One Multi-AP Controller and<br>• One or more Multi-AP Agents<br><br>A Multi-AP Controller is a logical entity in a Multi-AP network that implements logic for controlling the Fronthaul APs and backhaul links in the Multi-AP network. A single Multi-AP Controller is supported for a given Multi-AP network. A Multi-AP Controller receives measurements and capability data for Fronthaul APs, clients and backhaul links from the Multi-AP Agents and triggers AP control related commands and operations on the Multi-AP Agents. A Multi-AP Controller also provides onboarding functionality to onboard and provision Multi-AP devices onto the Multi-AP network.<br><br>A Multi-AP Agent is a logical entity that executes the commands received from the Multi-AP Controller, and reports measurements and capabilities data for Fronthaul APs, clients and backhaul links to a Multi-AP Controller and/or to other Multi-AP Agents. A Multi-AP Agent interfaces with Wi-Fi sub-systems for Fronthaul APs and backhaul STA on the Multi-AP device to get measurements and capabilities data, apply configuration changes and execute AP control functions.<br><br>While a client is connected to its unique VBSS, all the Multi-AP Agents that can "hear" the client, even those that are not hosting the client's network, will monitor the RCPI of that client.  Multi-AP Agents may be configured to report this client RCPI information to the Multi-AP Controller or other Multi-AP Agents using the Unassociated STA Link Metric reporting capability.  When the RCPI information, or some other metric that the Multi-AP Controller uses, indicates that a different Multi-AP Agent would be a better host for the client's VBSS, the Multi-AP Controller can initiate a transfer process whereby the client's VBSS (along with its security context) is transferred from the serving Multi-AP Agent to the new, better serving, Multi-AP Agent.  This is done while preserving the BSSID as well as the connection security context so that the client is usually unaware of the transfer.  Furthermore, the transfer can be done in a "make before break" way so that it is virtually seamless in terms of packet loss.<br><br>Source : (Wi-Fi EasyMesh Specification);<br>https://www.scribd.com/document/862005761/Wi-Fi-EasyMesh-Specification-v6-0  Page 21 and 205 of 215 |

| Patent No. 9,069,053, Claim 1 | Examples of Infringement |
| --- | --- |
|  | **1.2 MPro Mesh**<br><br>The WX Device supports MPro Mesh that lets a controller manage your WiFi network. A controller can automatically configure WiFi settings on extenders in the network as well as optimize bandwidth usage. The controller optimizes bandwidth usage by directing WiFi clients to an extender (AP steering) or 2.4 GHz / 5 GHz band (band steering) that is less busy.<br><br>• If the router/modem is an MPro Mesh router/modem, then the router/modem is the controller.<br>• If the router/modem is not an MPro Mesh router/modem, then the WX Device is the controller.<br><br>**1.2.1 AP Steering and Band Steering**<br><br>Zyxel MPro Mesh supports AP steering and Band steering.<br><br>• AP steering allows WiFi clients to roam seamlessly between Mesh supported devices in your Mesh network by using the same SSID and WiFi password. Also, AP steering helps monitor WiFi clients and drop their connections to optimize the WX Device bandwidth when the clients are idle or have a low signal. When a WiFi client is dropped, it has the opportunity to reconnect to a Mesh AP with a strong signal.<br><br>Source : (WX5610-B0 Users Guide);<br>https://spdl.zyxel.com/WX5610-B0/user_guide/WX5610-B0_V5.17-5.70_Ed4.pdf  Page 15 of 199 |