# EXHIBIT M

# Claim Chart

# U.S. Patent No. 9,414,297

## Zyxel

# EXHIBIT M

**Claim 1**

| Patent No. 9,414,297, Claim 1 | Examples of Infringement |
|---|---|
| **[PRE]** A method of routing data packets in a wireless communication network formed from a plurality of network nodes, comprising: | Defendant Zyxel ("Zyxel" or "Defendant") makes, uses (including via testing), sells, offers for sale, and/or imports, Zyxel Nebula Smart Mesh compatible devices, including, but not limited to, Nebula AX5400 6-Stream WiFi 6 Dual-Radio NebulaFlex Access Point NWA210AXv2 etc., and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions ("Zyxel Nebula Smart Mesh Products"), performs a method of routing data packets in a wireless communication network formed from a plurality of network nodes of Claim 1. <br><br> For example, Zyxel Nebula Smart Mesh Products incorporate Nebula Smart Mesh technology and performs operations consistent with IEEE 802.11 standards. <br><br> The preamble of Claim 1 is not limiting. But to the extent Claim 1's preamble is found to be limiting, Zyxel Nebula Smart Mesh Products meet this limitation. <br><br> *See e.g.,* <br><br> **ZYXEL** <br> **NETWORKS** |

| Patent No. 9,414,297, Claim 1 | Examples of Infringement |
|---|---|
| |  Source: https://www.zyxel.com/global/en/products/wireless/ax5400-6-stream-wifi-6-dual-radio-nebulaflex-access-point-nwa210axv2 <br><br> **5.1.1  Nebula Smart Mesh** |

Claim Chart – Page **3** of **20**

| Patent No. 9,414,297, Claim 1 | Examples of Infringement |
|---|---|
| | <br><br>Source : (NCC User Guide); https://download.zyxel.com/Nebula_CC/user_guide/Nebula%20CC_V18.20_Ed1.pdf<br>Page 297 and 298 of 766<br><br>### 5.1.1  Nebula Smart Mesh<br><br>Nebula Smart Mesh, also called Smart Mesh or AP Smart Mesh, is a WiFi mesh solution for Nebula Devices. With Smart Mesh, you can have two or more Nebula Devices automatically create a mesh network within your home or office, ensuring there are no areas with a weak WiFi signal.<br><br>### 5.1.2.1  Smart Mesh Wireless Hops<br><br>Each mesh extender tries to connect to the site gateway through a mesh controller. If a mesh extender cannot connect directly to a mesh controller, then the mesh extender relays its WiFi traffic through another mesh extender. Each time traffic passes through a WiFi connection in the mesh network, it counts as one **hop**. |

| Patent No. 9,414,297, Claim 1 | Examples of Infringement |
|---|---|
| | Nebula Smart Mesh supports an unlimited number of hops. However, each hop in a mesh network reduces network throughput by up to half. Therefore, we recommend only allowing a maximum of two hops within your Smart Mesh network.<br><br>**Figure 73** Nebula Smart Mesh Wireless Hops<br><br>2 hops<br>1 hop<br>100% Throughput   50% Throughput   25% Throughput<br><br>Source : (NCC User Guide); https://download.zyxel.com/Nebula_CC/user_guide/Nebula%20CC_V18.20_Ed1.pdf<br>Page 297, 298 and 299 of 766 |
| **[1.1]** transmitting data packets from a first network node acting as a source of the data packets to a second network node acting as a sink of the data packets with assistance of at least one further network node of the wireless | The Zyxel Nebula Smart Mesh Products meet this limitation.<br><br>*See e.g.,*<br><br>### 5.1.1 Nebula Smart Mesh<br><br>Nebula Smart Mesh, also called Smart Mesh or AP Smart Mesh, is a WiFi mesh solution for Nebula Devices. With Smart Mesh, you can have two or more Nebula Devices automatically create a mesh network within your home or office, ensuring there are no areas with a weak WiFi signal. |

| Patent No. 9,414,297, Claim 1 | Examples of Infringement |
|---|---|
| communication network | **5.1.2.1 Smart Mesh Wireless Hops**<br><br>Each mesh extender tries to connect to the site gateway through a mesh controller. If a mesh extender cannot connect directly to a mesh controller, then the mesh extender relays its WiFi traffic through another mesh extender. Each time traffic passes through a WiFi connection in the mesh network, it counts as one **hop**.<br><br>Nebula Smart Mesh supports an unlimited number of hops. However, each hop in a mesh network reduces network throughput by up to half. Therefore, we recommend only allowing a maximum of two hops within your Smart Mesh network.<br><br>**Figure 73** Nebula Smart Mesh Wireless Hops<br><br>Source : (NCC User Guide); https://download.zyxel.com/Nebula_CC/user_guide/Nebula%20CC_V18.20_Ed1.pdf<br>Page 297, 298 and 299 of 766 |
| **[1.2]** the at least one further network node being disjoint with respect to the source node; | The Zyxel Nebula Smart Mesh Products meet this limitation.<br><br>*See e.g.,* |

| Patent No. 9,414,297, Claim 1 | Examples of Infringement |
|---|---|
| | **5.1.2.1 Smart Mesh Wireless Hops**<br><br>Each mesh extender tries to connect to the site gateway through a mesh controller. If a mesh extender cannot connect directly to a mesh controller, then the mesh extender relays its WiFi traffic through another mesh extender. Each time traffic passes through a WiFi connection in the mesh network, it counts as one **hop**.<br><br>Nebula Smart Mesh supports an unlimited number of hops. However, each hop in a mesh network reduces network throughput by up to half. Therefore, we recommend only allowing a maximum of two hops within your Smart Mesh network.<br><br>**Figure 73**   Nebula Smart Mesh Wireless Hops<br><br><br><br>Source : (NCC User Guide); https://download.zyxel.com/Nebula_CC/user_guide/Nebula%20CC_V18.20_Ed1.pdf Page 298 and 299 of 766<br><br>**14.11 Hybrid wireless mesh protocol (HWMP)**<br>**14.11.2 Terminology**<br><br>—  **path originator:** The path originator is the mesh STA that triggers the path discovery.<br>—  **path originator address:** The MAC address of the path originator.<br>—  **path target:** The path target is the entity to which the path originator attempts to establish a path. |

| Patent No. 9,414,297, Claim 1 | Examples of Infringement |
|---|---|
| | — **path target address:** The MAC address of the path target.<br>— **intermediate mesh STA:** The intermediate mesh STA is the mesh STA that participates in path selection and is neither path originator nor path target.<br>— **intermediate mesh STA address:** The MAC address of the intermediate mesh STA.<br><br><br><br>**Figure 14-4—Illustration of definitions**<br><br>Source : (IEEE 802.11-2024 Standard); https://standards.ieee.org/ieee/802.11/10548/ Page 3226 and 3227 of 5956 |
| **[1.3]** transmitting a first network message from the source node at least to one of the further network nodes such that the first network message is forwarded | The Zyxel Nebula Smart Mesh Products meet this limitation. |

| Patent No. 9,414,297, Claim 1 | Examples of Infringement |
|---|---|
| successively to each further network node until the further network node corresponds to the sink node, | **10.37 Mesh forwarding framework**<br><br>**10.37.1 General**<br><br>The term *mesh forwarding* refers to forwarding of MSDUs and MMPDUs on paths determined by the mesh path selection between mesh STAs at the link layer. The mesh paths are contained in the forwarding information. The forwarding information, for instance, the lifetime of a mesh path, may be updated as a consequence of mesh forwarding.<br><br>The forwarding of MSDUs and MMPDUs within an MBSS is described in 10.37.3, 10.37.4, 10.37.5, and 10.37.8. The forwarding of MSDUs and MMPDUs between the MBSS and the DS at proxy mesh gates is described in 14.12.3.<br><br>**10.37.2 Forwarding information**<br>The basic forwarding information to a destination mesh STA consists of the destination mesh STA address, the next-hop address, the precursor list, and the lifetime of this forwarding information. |

| Patent No. 9,414,297, Claim 1 | Examples of Infringement |
|---|---|
| | **14.11.8.4 Forwarding information**<br><br>In addition to the parameters contained in the basic forwarding information as described in 10.37.2, the forwarding information to a destination defined by HWMP also contains at least the destination HWMP SN, the path metric, and the number of hops.<br><br>Upon PREQ element and PREP element processing, a mesh STA shall create or update the forwarding information as follows:<br>— The mesh STA may create or update its forwarding information to the transmitter of the element if the path metric improves.<br>— The mesh STA shall create or update its forwarding information to the originator mesh STA, if it received a PREQ element, and one of the following conditions is met:<br>— The originator HWMP SN > HWMP SN in the forwarding information for this originator mesh STA, or<br>— The originator HWMP SN = HWMP SN in the forwarding information for this originator mesh STA AND the updated path metric is better than the path metric in the forwarding information.<br>— The mesh STA shall create or update its forwarding information to the target mesh STA, if it received a PREP element, and one of the following conditions is met:<br>— The Target HWMP SN > HWMP SN in the forwarding information for this target mesh STA, or<br>— The Target HWMP SN = HWMP SN in the forwarding information for this target mesh STA AND the updated path metric is better than the path metric in the forwarding information.<br><br>**14.11.2 Terminology**<br><br>This subclause describes terminology for HWMP, especially for the process of path discovery. Terms such as path originator or path target designate very specific entities within the path discovery process. They stay with the same assigned entity for the whole path discovery process and other procedures related to this path discovery. Figure 14-4 (Illustration of definitions) illustrates an example utilizing this terminology. |

Claim Chart – Page **10** of **20**

| Patent No. 9,414,297, Claim 1 | Examples of Infringement |
|---|---|
| | **Figure 14-4—Illustration of definitions** <br><br> **14.11.3 On-demand path selection mode** <br><br> If a source mesh STA needs to find a path to a destination mesh STA using the on-demand path selection mode, it broadcasts a PREQ element with the path target specified in the list of targets and the metric field initialized to the initial value of the active path selection metric. <br> When a mesh STA receives a new PREQ element, it creates or updates its path information to the originator mesh STA and propagates the PREQ element to its neighbor peer mesh STAs if the PREQ element contains a greater HWMP SN, or the HWMP SN is the same as the current path and the PREQ element offers a better metric than the current path. Each mesh STA may receive multiple copies of the same PREQ element that originated at the originator mesh STA, each PREQ element traversing a unique path. <br><br> Whenever a mesh STA propagates a PREQ element, the metric field in the PREQ element is updated to reflect the cumulative metric of the path to the originator mesh STA. <br><br> If the mesh STA that received a PREQ element is the target mesh STA, it sends a PREP element back to the originator mesh STA after creating or updating a path to the originator mesh STA. <br><br> Source : (IEEE 802.11-2024 Standard); https://standards.ieee.org/ieee/802.11/10548/  Page 2144, 2145, 3226, 3327, 3228, 3229 and 3234 of 5956 |

| Patent No. 9,414,297, Claim 1 | Examples of Infringement |
|---|---|
| **[1.4]** the first network message containing a value of a first validity period assigned to the first network message; | The Zyxel Nebula Smart Mesh Products meet this limitation.<br><br>*See e.g.,*<br><br>**9.4.2.111 PREQ element**<br><br>The PREQ (path request) element is used for discovering a path to one or more target mesh STAs, maintaining a path (optional), building a proactive (reverse) path selection tree to the root mesh STA, and confirming a path to a target mesh STA (optional). The PREQ element is transmitted in an HWMP Mesh Path Selection frame (see 9.6.16.3). The format of the PREQ element is shown in Figure 9-602 (PREQ element format).<br><br>Octets: Element ID (1), Length (1), Flags (1), Hop Count (1), Element TTL (1), Path Discovery ID (4), Originator Mesh STA Address (6)<br><br>Octets: Originator HWMP Sequence Number (4), Originator External Address (0 or 6), Lifetime (4), Metric (4), Target Count (1), Target Tuples (n × 11)<br><br>**Figure 9-602—PREQ element form** |

| Patent No. 9,414,297, Claim 1 | Examples of Infringement |
|---|---|
|  | The Path Discovery ID field is coded as an unsigned integer and is set to some unique ID for this PathDiscovery.<br><br>The Originator Mesh STA Address field is represented as a MAC address and is set to the originator MAC address.<br><br>The Originator HWMP Sequence Number field is coded as an unsigned integer and is set to the HWMP SN specific to the originator.<br><br>The Originator External Address field is the MAC address of an external STA proxied by the originator. This field is present only if the AE subfield in the Flags field is set to 1 and is set to a MAC address.<br><br>The Lifetime field is coded as an unsigned integer and is set to the time for which mesh STAs receiving the PREQ element consider the forwarding information to be valid. The lifetime is measured in TUs.<br><br>**14.11.9 Path request (PREQ) mechanism**<br><br>**14.11.9.1 General**<br><br>This subclause describes the function, generation, and processing of the PREQ element.<br><br>**14.11.9.2 Function**<br><br>The PREQ element, described in 9.4.2.111, is used for the following purposes:<br>— Discovering a path to one or more target mesh STAs<br>— Maintaining a path (optional)<br>— Building a proactive (reverse) path selection tree to the root mesh STA<br>— Confirming a path to a target mesh STA (optional) |

| Patent No. 9,414,297, Claim 1 | Examples of Infringement |
|---|---|
| | **Table 14-11—Contents of a PREQ element in Case A**<br><br>| Field | Value |<br>\|---\|---\|<br>\| Element ID \| Value given in Table 9-130 for the PREQ element \|<br>\| Length \| 26 + N × 11 (if Bit 6 (AE subfield) in the Flags field = 0)<br>32 + N × 11 (if Bit 6 (AE subfield) in the Flags field = 1) \|<br>\| Flags \| Bit 0: 0 (gate announcement not applicable)<br>Bit 1: 0 (group addressed)<br>Bit 2: 0 (no proactive PREP element applicable)<br>Bit 3–5: Reserved<br>Bit 6: (1 – if external address present, 0 – otherwise)<br>Bit 7: Reserved \|<br>\| Hop Count \| 0 \|<br>\| Element TTL \| Maximum number of hops allowed for this element, e.g., dot11MeshHWMPnetDiameter \|<br>\| Path Discovery ID \| New unique Path Discovery ID, for instance, previous Path Discovery ID + 1 \|<br>\| Originator Mesh STA Address \| MAC address of the path originator \|<br>\| Originator HWMP Sequence Number \| Previous originator HWMP SN + 1; see 14.11.8.6 \|<br>\| Originator External Address \| Present only if Bit 6 in Flags field = 1; this value is set to the external address, which is the source address of the MSDU (from outside the mesh BSS) that triggered the path discovery at the originator \|<br>\| Lifetime \| The time for which mesh STAs receiving the PREQ element consider the forwarding information to be valid, e.g., dot11MeshHWMPactivePathTimeout \|<br><br>Source : (IEEE 802.11-2024 Standard); https://standards.ieee.org/ieee/802.11/10548/ Page 1223, 1224, 3236 and 3237 of 5956 |
| **[1.5]** temporarily storing a first item of information about a next | The Zyxel Nebula Smart Mesh Products meet this limitation.<br><br>*See e.g.,* |

| Patent No. 9,414,297, Claim 1 | Examples of Infringement |
|---|---|
| network node on a path to the source node and the value of the first validity period in a current further network node, | **14.11.3 On-demand path selection mode**<br><br>If a source mesh STA needs to find a path to a destination mesh STA using the on-demand path selection mode, it broadcasts a PREQ element with the path target specified in the list of targets and the metric field initialized to the initial value of the active path selection metric.<br><br>When a mesh STA receives a new PREQ element, it creates or updates its path information to the originator mesh STA and propagates the PREQ element to its neighbor peer mesh STAs if the PREQ element contains a greater HWMP SN, or the HWMP SN is the same as the current path and the PREQ element offers a better metric than the current path. Each mesh STA may receive multiple copies of the same PREQ element that originated at the originator mesh STA, each PREQ element traversing a unique path.<br><br>Whenever a mesh STA propagates a PREQ element, the metric field in the PREQ element is updated to reflect the cumulative metric of the path to the originator mesh STA.<br><br>If the mesh STA that received a PREQ element is the target mesh STA, it sends a PREP element back to the originator mesh STA after creating or updating a path to the originator mesh STA.<br><br><br><br>**Figure 14-4—Illustration of definitions** |

| Patent No. 9,414,297, Claim 1 | Examples of Infringement |
|---|---|
| | <br><br>**Figure 9-602—PREQ element form**<br><br>Source : (IEEE 802.11-2024 Standard); https://standards.ieee.org/ieee/802.11/10548/ Page 3227, 3228, 3229 and 1223 of 5956 |
| **[1.6]** the current further network node having made route information available based on the first network message such that the first item of information and the value are able to be temporarily stored, | The Zyxel Nebula Smart Mesh Products meet this limitation.<br><br>*See e.g.,*<br><br>**14.11.3 On-demand path selection mode**<br><br>If a source mesh STA needs to find a path to a destination mesh STA using the on-demand path selection mode, it broadcasts a PREQ element with the path target specified in the list of targets and the metric field initialized to the initial value of the active path selection metric. |

| Patent No. 9,414,297, Claim 1 | Examples of Infringement |
|---|---|
| | When a mesh STA receives a new PREQ element, it creates or updates its path information to the originator mesh STA and propagates the PREQ element to its neighbor peer mesh STAs if the PREQ element contains a greater HWMP SN, or the HWMP SN is the same as the current path and the PREQ element offers a better metric than the current path. Each mesh STA may receive multiple copies of the same PREQ element that originated at the originator mesh STA, each PREQ element traversing a unique path.<br><br>Whenever a mesh STA propagates a PREQ element, the metric field in the PREQ element is updated to reflect the cumulative metric of the path to the originator mesh STA.<br><br>If the mesh STA that received a PREQ element is the target mesh STA, it sends a PREP element back to the originator mesh STA after creating or updating a path to the originator mesh STA.<br><br>**Figure 14-4—Illustration of definitions**<br><br>Source : (IEEE 802.11-2024 Standard); https://standards.ieee.org/ieee/802.11/10548/ Page 3227, 3228 and 3229 of 5956 |
| **[1.7]** wherein the value of the first validity period is stored such that all first items of | The Zyxel Nebula Smart Mesh Products meet this limitation.<br><br>*See e.g.,* |

| Patent No. 9,414,297, Claim 1 | Examples of Infringement |
|---|---|
| information remain stored at least until a second network message sent by the sink node and acknowledging the first network message has been received by the source node, | **14.11.3 On-demand path selection mode**<br><br>If a source mesh STA needs to find a path to a destination mesh STA using the on-demand path selection mode, it broadcasts a PREQ element with the path target specified in the list of targets and the metric field initialized to the initial value of the active path selection metric.<br>When a mesh STA receives a new PREQ element, it creates or updates its path information to the originator mesh STA and propagates the PREQ element to its neighbor peer mesh STAs if the PREQ element contains a greater HWMP SN, or the HWMP SN is the same as the current path and the PREQ element offers a better metric than the current path. Each mesh STA may receive multiple copies of the same PREQ element that originated at the originator mesh STA, each PREQ element traversing a unique path.<br><br>Whenever a mesh STA propagates a PREQ element, the metric field in the PREQ element is updated to reflect the cumulative metric of the path to the originator mesh STA.<br><br>If the mesh STA that received a PREQ element is the target mesh STA, it sends a PREP element back to the originator mesh STA after creating or updating a path to the originator mesh STA.<br>Intermediate mesh STAs create a path to the target mesh STA on receiving the PREP element, and also forward the PREP element toward the originator. When the originator receives the PREP element, it creates a path to the target mesh STA. If the target mesh STA receives further PREQ elements with a better metric, then the target updates its path to the originator with the new path and also sends a new PREP element to the originator along the updated path. A bidirectional, best metric end-to-end path is established between the originator and target mesh STA.<br><br>**Figure 14-4—Illustration of definitions** |

| Patent No. 9,414,297, Claim 1 | Examples of Infringement |
|---|---|
| | **14.11.10.2 Function**<br><br>The PREP element is transmitted in individually addressed frames and is described in 9.4.2.112. The purpose of the PREP element is as follows:<br>— To establish the forward path to a target mesh STA or target proxy mesh gate.<br>— To confirm the reverse path to the originator.<br><br>Source : (IEEE 802.11-2024 Standard); https://standards.ieee.org/ieee/802.11/10548/ Page 3227, 3228, 3229 and 3246 of 5956 |
| **[1.8]** the first validity period being a lifetime of a route from the sink node to the source node. | The Zyxel Nebula Smart Mesh Products meet this limitation.<br><br>*See e.g.,*<br><br>**14.11.3 On-demand path selection mode**<br><br>If a source mesh STA needs to find a path to a destination mesh STA using the on-demand path selection mode, it broadcasts a PREQ element with the path target specified in the list of targets and the metric field initialized to the initial value of the active path selection metric.<br><br>If the mesh STA that received a PREQ element is the target mesh STA, it sends a PREP element back to the originator mesh STA after creating or updating a path to the originator mesh STA.<br><br>**14.11.10.2 Function**<br><br>The PREP element is transmitted in individually addressed frames and is described in 9.4.2.112. The purpose of the PREP element is as follows:<br>— To establish the forward path to a target mesh STA or target proxy mesh gate.<br>— To confirm the reverse path to the originator. |

| Patent No.<br>9,414,297, Claim 1 | Examples of Infringement |
|---|---|
| | **Table 14-18—Contents of a PREP element in Case A**<br><br>| Field | Value |<br>\|---\|---\|<br>\| Element ID \| Value given in Table 9-130 for the PREP element \|<br>\| Length \| As required \|<br>\| Flags \| Bit 0–5: Reserved<br>Bit 6 (AE): (1 = external address present, 0 = otherwise)<br>Bit 7: Reserved \|<br>\| Hop Count \| 0 \|<br>\| Element TTL \| Maximum number of hops allowed for this element \|<br>\| Target Mesh STA Address \| MAC address of the target mesh STA or target proxy mesh gate \|<br>\| Target HWMP Sequence Number \| HWMP SN of the target mesh STA or target proxy mesh gate after it has been updated according to 14.11.8.3 \|<br>\| Target External Address \| External target address on behalf of which the PREP element is sent. Present only if Bit 6 (AE subfield) in the Flags field is 1 \|<br>\| Lifetime \| As per the PREQ element that triggered the transmission of this PREP element \|<br><br>Source : (IEEE 802.11-2024 Standard); https://standards.ieee.org/ieee/802.11/10548/  Page 3228, 3229, 3246 and 3247 of 5956 |