# EXHIBIT N

# Claim Chart

# U.S. Patent No. 10,050,829

## Zyxel

# EXHIBIT N

**Claim 1**

| Patent No. 10,050,829, Claim 1 | Examples of Infringement |
|---|---|
| **[PRE]** A method for incorporating a communication device in a network having a set of configuration servers having at least one configuration server and a set of productive servers having at least one productive server, the method including: | Defendant Zyxel Networks ("Zyxel" or "Defendant") makes, uses (including via testing), sells, offers for sale, and/or imports, Zyxel Nebula Control Center, and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions ("Zyxel Nebula Control Center Products"), performs a method for incorporating a communication device in a network having a set of configuration servers having at least one configuration server and a set of productive servers having at least one productive server of Claim 1.

The preamble of Claim 1 is not limiting. But to the extent Claim 1's preamble is found to be limiting, Zyxel Control Center Products meet this limitation.

*See e.g.,*

|

| Patent No. 10,050,829, Claim 1 | Examples of Infringement |
|---|---|
| | **Streamline Network & Multi-site Management** ⌄  **Deploy and Manage All Your Customers Effortlessly** ⌄<br><br>Streamline network provisioning, configuration, and maintenance with a wide range of management and troubleshooting tools. NCC provides a single view and control for your entire networks, from branch offices to HQ, and across wired, wireless, and security.<br><br>Accelerate large network deployments with Zero Touch Provisioning and built-in multi-tenant, multi-site network configuration and management tools, enabling Managed Service Providers (MSP) to manage all their customers from a single pane of glass.<br><br>Source: https://www.zyxel.com/us/en-us/products/nebula-cloud-center/cloud-networking-management-nebula-control-center<br><br>Source: https://www.zyxel.com/us/en-us/products/next-gen-firewall/usg-flex-firewall-usg-flex-50/overview<br><br>**Nebula Information - How Devices Communicate with NCC & Ports used for NETCONF** |

| Patent No. 10,050,829, Claim 1 | Examples of Infringement |
|---|---|
| | This article will show how Nebula devices communicate with Nebula Control Center and which Ports are used [NETCONF Information], Nebula Cloud Control TCP ports, Call home process, what Nebula servers are used for NETCONF, NCC, NTP, Zero Touch Provisioning, USG FLEX service, Monitor service for USG FLEX, also the Access point (AP) onboarding process enhancement for 6.50 and how APs come online in Nebula.<br><br>Source: https://support.zyxel.eu/hc/en-us/articles/360003513079-Nebula-Information-How-Devices-Communicate-with-NCC-Ports-used-for-NETCONF |

Claim Chart – Page **4** of **16**

| Patent No. 10,050,829, Claim 1 | Examples of Infringement |
|---|---|
| | <br><br>Source: https://www.zyxel.com/library/assets/solutions/nebula/pdf/nebula-solution-brief.pdf  Page 7 and 9 of 23 |

| Patent No. 10,050,829, Claim 1 | Examples of Infringement |
|---|---|
| **[1.1]** a) establishing a connection between the communication device and the network, which connection is restricted solely to a stipulated selection from the set of configuration servers by a network filter switch operating in a first status; | The Zyxel Nebula Control Center Products meet this limitation.<br><br>*See e.g.,*<br><br><br><br>Source: https://www.zyxel.com/us/en-us/products/next-gen-firewall/usg-flex-firewall-usg-flex-50/overview<br><br>**Nebula Information - How Devices Communicate with NCC & Ports used for NETCONF**<br><br>This article will show how Nebula devices communicate with Nebula Control Center and which Ports are used [NETCONF Information], Nebula Cloud Control TCP ports, Call home process, what Nebula servers are used for NETCONF, NCC, NTP, Zero Touch Provisioning, USG FLEX service, Monitor service for USG FLEX, also the Access point (AP) onboarding process enhancement for 6.50 and how APs come online in Nebula. |

Claim Chart – Page **6** of **16**

| Patent No. 10,050,829, Claim 1 | Examples of Infringement |
|---|---|
| | Source: https://support.zyxel.eu/hc/en-us/articles/360003513079-Nebula-Information-How-Devices-Communicate-with-NCC-Ports-used-for-NETCONF<br><br>Check "Nebula" Connection<br><br>AP make sure the traffic towards the Nebula server goes well<br><br>Source: https://mysupport.zyxel.com/hc/en-us/articles/28557210643730-Nebula-AP-Easy-Troubleshoot<br><br> |

| Patent No. 10,050,829, Claim 1 | Examples of Infringement |
|---|---|
| | Zero-touch provisioning, built-in multi-site network management tools and flexible licencing accelerate deployment of networks<br><br>Source: https://www.zyxel.com/library/assets/solutions/nebula/pdf/nebula-solution-brief.pdf  Page 7 and 9 of 23<br><br>**Zero-touch deployments**<br><br>The Zyxel Nebula NAP353 auto-configures itself after installation and then automatically connects to the Nebula cloud to join the network; so auto-configuration, provision, monitoring and diagnostics can be performed anytime, anywhere. This simplifies network setup and enables deployment of Nebula APs to a remotely located network even by non-IT professionals.<br><br>Every Nebula AP has been engineered for cloud management. Based on the NETCONF standard, all data traffics between the cloud and access points are exchanged using secure transports to ensure transaction-safe configuration on all Nebula devices. Furthermore, with the intuitive management interface, administrators are able to manage all the access points quickly even without training.<br><br>Source: (NAP353 Datasheet); https://download.zyxel.com/NAP353/datasheet/NAP353_6.pdf  Page 1 of 6<br><br>The NAP is managed and provisioned by the NCC (Nebula Control Center) automatically when it is connected to the Internet. If you need to change the NAP's VLAN setting or manually set its IP address, access its built-in web-based configuration tool. You can check the NCC's **AP > Monitor > Access Point** screen or the connected gateway for the NAP's current LAN IP address. Alternatively, disconnect the gateway or disable its DHCP server function and use the NAP's default static LAN IP address (192.168.1.2). |

Claim Chart – Page **8** of **16**

| Patent No. 10,050,829, Claim 1 | Examples of Infringement |
|---|---|
| | <br><br>Source: (NAP User Guide); https://download.zyxel.com/NAP203/user_guide/NAP203_V1.00.pdf  Page 6 of 48<br><br>### 11.4.5.2  Security Profile Sync Screen<br><br>Use this screen to enable and configure security profile sync. Click **Organization-wide** > **Organization-wide manage** > **Security profile sync** to access this screen.<br><br>Source: (NCC User Guide); https://bulletin.nebula.zyxel.com/online-help/nebula-cc/NCC_UG_v17.10.pdf  Page 552 of 649<br><br>**Overview of Security Profile Sync**<br><br>Security Profile Sync allows administrators to centrally manage various security configurations from the **Nebula Control Center (NCC)**. When activated, it automatically syncs specific security settings across all registered devices within a designated "sync site" in the organization. This feature helps ensure that network security policies remain consistent, reducing the chance of configuration drift or misalignment across devices. |

| Patent No. 10,050,829, Claim 1 | Examples of Infringement |
|---|---|
| | **Configuration Update Flow: Sync Behavior and Overrides**<br><br>Security Profile Sync enables settings to flow **one-way** from NCC to local devices, helping maintain centralized control. Here's how it works:<br><br>• **One-Way Sync**: Changes made to synchronized profiles in NCC are pushed to the device automatically. However, if configurations are modified locally on the device GUI, these changes will not be reflected in NCC, leading to the firewall will be removed from Security Profile Sync.<br>• **Overriding Local Configurations**: NCC settings take precedence over local configurations on the device. For instance, Administrator can reassign firewall back to the Security Profile Sync list to re-apply cloud security settings..<br><br>**Summary**<br><br>The Security Profile Sync feature provides an effective way for organizations to centralize and enforce security policies across Zyxel firewalls. By consolidating security profile management in NCC, organizations gain consistency and simplified administration.<br><br>Source: https://community.zyxel.com/en/discussion/26831/usg-flex-h-series-security-profile-sync |
| **[1.2]** b) obtaining, by the communication device, configuration data from the stipulated selection of the configuration servers, | The Zyxel Nebula Control Center Products meet this limitation.<br><br>*See e.g.,*<br><br>**Nebula Information - How Devices Communicate with NCC & Ports used for NETCONF** |

| Patent No. 10,050,829, Claim 1 | Examples of Infringement |
|---|---|
| | This article will show how Nebula devices communicate with Nebula Control Center and which Ports are used [NETCONF Information], Nebula Cloud Control TCP ports, Call home process, what Nebula servers are used for NETCONF, NCC, NTP, Zero Touch Provisioning, USG FLEX service, Monitor service for USG FLEX, also the Access point (AP) onboarding process enhancement for 6.50 and how APs come online in Nebula.<br><br>Source: https://support.zyxel.eu/hc/en-us/articles/360003513079-Nebula-Information-How-Devices-Communicate-with-NCC-Ports-used-for-NETCONF<br><br>**Overview of Security Profile Sync**<br><br>Security Profile Sync allows administrators to centrally manage various security configurations from the **Nebula Control Center (NCC)**. When activated, it automatically syncs specific security settings across all registered devices within a designated "sync site" in the organization. This feature helps ensure that network security policies remain consistent, reducing the chance of configuration drift or misalignment across devices.<br><br>**Key Security Profiles Available for Sync**<br><br>The profiles that can be synchronized via Security Profile Sync include:<br><br>• **Content Filter**: Filters web traffic based on categories and predefined rules.<br><br>**Configuration Update Flow: Sync Behavior and Overrides**<br><br>Security Profile Sync enables settings to flow **one-way** from NCC to local devices, helping maintain centralized control. Here's how it works:<br><br>• **One-Way Sync**: Changes made to synchronized profiles in NCC are pushed to the device automatically. However, if configurations are modified locally on the device GUI, these changes will not be reflected in NCC, leading to the firewall will be removed from Security Profile Sync.<br>• **Overriding Local Configurations**: NCC settings take precedence over local configurations on the device. For instance, Administrator can reassign firewall back to the Security Profile Sync list to re-apply cloud security settings..<br><br>Source: https://community.zyxel.com/en/discussion/26831/usg-flex-h-series-security-profile-sync |

| Patent No. 10,050,829, Claim 1 | Examples of Infringement |
|---|---|
| | <br><br>Source: https://www.zyxel.com/library/assets/solutions/nebula/pdf/nebula-solution-brief.pdf  Page 7 and 9 of 23 |
| **[1.3]** which configuration data stipulate access rights of the communication | The Zyxel Nebula Control Center Products meet this limitation.<br><br>*See e.g.,* |

| Patent No. 10,050,829, Claim 1 | Examples of Infringement |
|---|---|
| device to a selection from the set of productive servers; and | ### 8.3.8 Security Service<br><br>Content filtering allows you to block access to specific web sites. It can also block access to specific categories of web site content. IDP can detect malicious or suspicious packets used in network-based intrusions and respond instantaneously. Anti-virus helps protect your connected network from virus/spyware infection.<br><br>### 11.4.5.2 Security Profile Sync Screen<br><br>Use this screen to enable and configure security profile sync. Click **Organization-wide > Organization-wide manage > Security profile sync** to access this screen.<br><br>Table 177   Organization-wide > Organization-wide manage > Security profile sync (continued)<br><br>| LABEL | DESCRIPTION |<br>|---|---|<br>| Allow list | Sites that you want to allow access to, regardless of their content rating, can be allowed by adding them to this list.<br><br>Enter host names such as www.good-site.com into this text field. Do not enter the complete URL of the site – that is, do not include "http://". All sub-domains are allowed. For example, entering "zyxel.com" also allows "www.zyxel.com", "partner.zyxel.com", "press.zyxel.com", and so on. You can also enter just a top level domain. For example, enter .com to allow all .com domains.<br><br>Use up to 127 characters (0–9 a–z). The casing does not matter. |<br><br>Source: (NCC User Guide); https://bulletin.nebula.zyxel.com/online-help/nebula-cc/NCC_UG_v17.10.pdf Page 410, 552 and 556 of 649<br><br>**Key Security Profiles Available for Sync**<br><br>The profiles that can be synchronized via Security Profile Sync include:<br><br>- **Content Filter**: Filters web traffic based on categories and predefined rules. |

| Patent No. 10,050,829, Claim 1 | Examples of Infringement |
|---|---|
| | Source: https://community.zyxel.com/en/discussion/26831/usg-flex-h-series-security-profile-sync |
| **[1.4]** c) configuring, by the communication device, the communication device using the obtained configuration data such that access of the communication device is restricted to the selection from the set of productive servers by the network filter switch operating in a second status. | The Zyxel Nebula Control Center Products meet this limitation. *See e.g.,* Source: https://www.zyxel.com/us/en-us/products/next-gen-firewall/usg-flex-firewall-usg-flex-50/overview **8.3.8  Security Service** Content filtering allows you to block access to specific web sites. It can also block access to specific categories of web site content. IDP can detect malicious or suspicious packets used in network-based intrusions and respond instantaneously. Anti-virus helps protect your connected network from virus/spyware infection. |

| Patent No. 10,050,829, Claim 1 | Examples of Infringement |
|---|---|
| | ### 11.4.5.2 Security Profile Sync Screen<br><br>Use this screen to enable and configure security profile sync. Click **Organization-wide** > **Organization-wide manage** > **Security profile sync** to access this screen.<br><br>Table 177 Organization-wide > Organization-wide manage > Security profile sync (continued)<br><br>| LABEL | DESCRIPTION |<br>|---|---|<br>| Allow list | Sites that you want to allow access to, regardless of their content rating, can be allowed by adding them to this list.<br><br>Enter host names such as www.good-site.com into this text field. Do not enter the complete URL of the site – that is, do not include "http://". All sub-domains are allowed. For example, entering "zyxel.com" also allows "www.zyxel.com", "partner.zyxel.com", "press.zyxel.com", and so on. You can also enter just a top level domain. For example, enter .com to allow all .com domains.<br><br>Use up to 127 characters (0–9 a–z). The casing does not matter. |<br><br>Source: (NCC User Guide); https://bulletin.nebula.zyxel.com/online-help/nebula-cc/NCC_UG_v17.10.pdf Page 410, 552 and 556 of 649<br><br>**Overview of Security Profile Sync**<br><br>Security Profile Sync allows administrators to centrally manage various security configurations from the **Nebula Control Center (NCC)**. When activated, it automatically syncs specific security settings across all registered devices within a designated "sync site" in the organization. This feature helps ensure that network security policies remain consistent, reducing the chance of configuration drift or misalignment across devices.<br><br>**Key Security Profiles Available for Sync**<br><br>The profiles that can be synchronized via Security Profile Sync include:<br><br>- **Content Filter**: Filters web traffic based on categories and predefined rules. |

| Patent No. 10,050,829, Claim 1 | Examples of Infringement |
|---|---|
| | **Summary**<br><br>The Security Profile Sync feature provides an effective way for organizations to centralize and enforce security policies across Zyxel firewalls. By consolidating security profile management in NCC, organizations gain consistency and simplified administration.<br><br>Source: https://community.zyxel.com/en/discussion/26831/usg-flex-h-series-security-profile-sync |